**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MASSACHUSETTS**

FEDERATION OF ASSOCIATIONS IN BEHAVIORAL & BRAIN SCIENCES, *et al.*,

*Plaintiffs*,

v.

NATIONAL SCIENCE FOUNDATION, *et al.*,

*Defendants*.

Case No. 1:26-cv-15015-NMG

**MOTION FOR STAY UNDER 5 U.S.C. § 705 AND PRELIMINARY INJUNCTION**

Pursuant to Section 705 of the Administrative Procedure Act (APA) and Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs move for a stay of the decision to close the National Science Foundation's Directorate for Social, Behavioral, and Economic Sciences and a preliminary injunction ordering the Foundation to restore the Directorate.

For the reasons set forth in their memorandum of law, Plaintiffs are likely to succeed on the merits of their claims that the closure violates (1) the statutes governing the National Science Foundation, (2) the Federal Vacancies Reform Act, and (3) the Administrative Procedure Act and (4) is ultra vires. Plaintiffs are likely to suffer irreparable harm absent relief, including the loss of time-sensitive research opportunities, disruption of existing research projects, harm to their careers, and the loss of shared resources on which the Plaintiff Societies' members rely. And the balance of equities and public interest weigh in favor of relief.

Accordingly, Plaintiffs respectfully request that the Court stay the decision to close the Directorate and enter a preliminary injunction as described in the attached proposed order.

Respectfully submitted,

November 17, 2026

*/s/ Sean Ouellette*
Sean Ouellette
Sriram Sridharan*
Lesley Farby*
Robin F. Thurston*
Democracy Forward
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
souellette@democracyforward.org

*Counsel for Plaintiffs*

* Admitted pro hac vice

**CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 7.2(a)(2), I contacted counsel for Defendants to confer regarding this motion. Because no attorney has yet appeared on behalf of Defendants, on November 12, 2026, I sent an email to Rayford Farquhar, Chief of Defensive Litigation at the Office of the United States Attorney for the District of Massachusetts, along with Diane Kelleher and Alex Haas, the Directors of the Federal Programs Branch of the U.S. Department of Justice, to inform them that Plaintiffs planned to file this motion early this week. On November 16, 2026, I emailed the same counsel to request Defendants' position on the motion. Defendants did not respond as of this filing. Plaintiffs proceeded to file the motion given the time-sensitive nature of the relief they request.

Dated: November 17, 2026

/s/ *Sean Ouellette*
Sean Ouellette

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I served this document and attachments on all registered participants by filing it through the Court's CM/ECF system. I also sent a copy by email to counsel for Defendants and caused a copy to be served by mail.

Dated: November 17, 2026

/s/ *Sean Ouellette*
Sean Ouellette

*Counsel for Plaintiffs*