# Exhibit 1

**DECLARATION OF DR. KEIVAN STASSUN**

1. I am a Professor of Physics and Astronomy at Vanderbilt University and will be a Professor of Physics and Astronomy at the University of Georgia beginning January 1, 2027. I was a member of the National Science Board (the "Board") from January 2023 to April 24, 2026. I am over 18 years old and make this declaration based on my personal knowledge.

2. I was appointed to the Board by the President of the United States on January 25, 2023. During my tenure, I was a member of the Board's Committee on Oversight, which oversees NSF's operations, risk management processes, and compliance with statutes and regulations. Starting in 2024, I was also a member and then chair of the Committee on Awards and Facilities, which addresses strategic issues and recommends policies related to grant awards, among other responsibilities.

3. The Board, the governing body of NSF, is a group of 25 individuals, one of whom is the NSF Director as ex officio member, and 24 of whom are scientists and other leaders eminent in their fields who are selected to "provide representation of the views of scientific and engineering leaders in all areas of the Nation." 42 U.S.C. § 1863(c). The Board is responsible for establishing the policies of NSF, which the Director implements in consultation with the Board.

4. For example, by statute, NSF needs the Board's approval to award grants and contracts. 42 U.S.C. § 1864(e)(1). By resolution published in the Federal Register, the Board has delegated the power to make most awards below a certain monetary threshold to the Director of NSF. 82 Fed. Reg. 12129. The Director may not make any award "involving an anticipated average annual amount of the greater of either 1 percent or more of the awarding Directorate's or Office's prior year current plan or 0.1 percent or more of the prior year total NSF budget" without the

Board's prior approval. *Id.* But the Board still has the authority to set policies related to grant awards and to approve or disapprove NSF actions that implicate funds over the threshold.

5. Until the Trump Administration took office in January 2025, NSF and the Board both followed this division of authority. NSF engaged in full consultation with the Board on matters of agency governance and sought Board approval before making major policy changes. The Director would consult with the Board, for example, before making NSF's annual budget requests each year. The Board would approve major budget submissions and major awards. The Director also sought Board approval before making or limiting major investments.

6. Based on longstanding practice, the Director would have been expected to seek Board approval for any major limitation on NSF grantmaking or any change to NSF's organizational structure—certainly including the elimination of a directorate.

7. After the new administration took office in January 2025, however, it began to implement major changes to NSF's policies, its allocation of funds, and its organizational structure without consulting with—let alone seeking the approval of—the Board.

8. In March 2026, for example, I learned that the administration had started withholding over a billion dollars in appropriations intended for NSF grants in fiscal year 2026, as was later reported independently by the press in August and October 2026.

9. I also learned that NSF had changed the approval process for grants, such that funding decisions once made by NSF directorate Assistant Directors (who are experts in their scientific fields) and/or directly by the Board now had to be approved by a political appointee from

OMB who had been initially placed by the Department of Government Efficiency (DOGE) and who continued to coordinate directly with OMB on award decisions.

10. In 2025, NSF also froze, suspended, or cancelled more than a thousand grants.

11. The Board was not consulted about, and did not approve, any of these actions. Nor did NSF provide meaningful answers to questions about them. When we learned about the impoundment of funds, NSF leadership would not answer our questions beyond stating it was "a matter of active discussion with OMB," the Office of Management and Budget.

12. Unlike in prior years, NSF did not consult with the Board about its budget request for fiscal year 2027. In that budget request, NSF disclosed for the first time that the agency planned to close the Directorate of Social, Behavioral, and Economic Sciences ("SBE"). The Board was dismissed soon after and had no opportunity to dissent or provide different direction.

13. The Board was not consulted about the decision to close the SBE Directorate and did not approve the closure. In fact, in December 2025, a few months before the Board was dismissed, NSF's Chief of Staff Brian Stone sent the Board an organizational chart for NSF that included the SBE Directorate along with all of NSF's then-extant directorates. No one at NSF notified the Board of any plan to close SBE specifically or any directorates generally.

14. I was removed from the Board on April 24, 2026. That day, I received an email from the Presidential Personnel Office that read: "On behalf of President Donald J. Trump, I am writing to inform you that your position as a member of the National Science Board is terminated, effective immediately." The next day I learned that the President had removed the entire Board.

15. Since my removal from the Board, I learned that NSF has restricted grant awards to a narrow set of priority areas, including artificial intelligence, quantum information science, and biotechnology. While NSF had previously consulted with the Board in identifying these and

several other areas as "crosscutting themes" across the grantmaking portfolio, as part of the normal annual cycle of budgeting and strategic prioritization, NSF did not consult the Board about using these or any other specific themes to impose such restrictions on grantmaking.

16. During my tenure, NSF never closed a division of NSF, and never imposed subject-matter restrictions on grants that NSF directorates could award, without consulting the Board.

17. The closure of SBE will have a devastating impact on critical research at a time when understanding human behavior and societal dynamics is more critical than ever. Because the SBE directorate provides roughly 63% of the funding for all academic research in the social and psychological sciences in the U.S., its dissolution creates a structural deficiency that private philanthropy cannot absorb, while immediately amputating the future workforce pipeline by stripping these disciplines of Graduate Research Fellowship Program (GRFP) eligibility.

18. NSF cannot simply migrate social science grants to other directorates. If forced into a host environment dedicated to different fields, foundational social science research will be systematically marginalized into subordinate, "applied" support roles and subjected to peer-review panels that entirely lack the domain expertise required to evaluate their methodologies.

19. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of October, 2026, in Nashville, TN.

Keivan Stassun