# Exhibit 2

**DECLARATION OF DR. JULIA PHILLIPS**

1. I am a physicist, specializing in materials research on thin film semiconductors, who served as a member of the National Science Board (the "Board") from 2016 until April 24, 2026. I am over 18 years old and make this declaration based on my personal knowledge.

2. During my decade-long tenure on the Board, I served on multiple Board committees. I served as a member of the Committee on Science and Engineering Policy for all ten years and chaired the committee for six; as a member and then vice chair of the Commission on Merit Review from 2022 to 2026; and as a member of the Committee on Awards and Facilities from 2016 to 2018 and from 2022 to 2026 (vice chair 2022 to 2024). As a member of the Committee on Awards and Facilities, I engaged directly in strategic discussions and decisions about the National Science Foundation (NSF), including major investments and commitments.

3. The National Science Board is the 25-member body of distinguished experts and leaders from academia and industry responsible for establishing the overall policies of NSF and for advising the President and Congress on the state of science and engineering in the U.S.

4. When NSF was established, the Board approved every award that NSF made. As the foundation grew, however, that became infeasible, so the Board delegated to the NSF director the authority to make routine awards. The Board made the most recent of these delegations while I was a member. *See* Resolution NSB-2017-5, National Science Board Delegation of Award-Approval Authority to the Director, 82 Fed. Reg. 12,129 (Jan. 19, 2017).

5. While the Board delegated day-to-day grantmaking to the director, it reserved the authority to set NSF's overall policies and approve major investments and commitments. It approved awards that exceeded a designated percentage of NSF's or the relevant directorate's budget, along with large investments in research equipment and facilities from NSF's Major

Research Equipment and Facilities Construction (MREFC) account. While most of this account is allocated to the planning, construction, and commissioning of facilities with total costs exceeding $100 million, it also supports the acquisition, construction, and commissioning of mid-scale research infrastructure—investments that could range from $5 to $100 million.

6. Each year until 2025, the Board would review and vote on NSF's annual budget in advance of its submission to Congress, expressing its approval or disapproval. The Board typically reviewed and approved NSF's multi-year strategic plans, semi-annual reports of the Office of the Inspector General (OIG) to Congress, and the merit review process for proposals submitted by Board members prior to award. In addition, the Oversight Committee prepares and releases a Merit Review Digest annually on the state of merit review at NSF.

7. The NSF director would also consult with the Board in setting NSF's priorities and strategic directions. In setting those priorities, NSF historically relied heavily on input from the scientific community, including outside experts and NSF's own career and rotating staff, who are drawn from experts in diverse scientific fields and geographic areas. For years, NSF has actively supported decadal surveys of different disciplines, tasking a committee of scientists to provide community input about the most pressing problems in science and existing capital investments in each area and develop a ranked list of priorities for the coming decade.

8. These processes—and the relationship between the Board and foundation staff—changed most dramatically in 2025, after the start of the second Trump Administration. From that point on, the Board was essentially shut out of NSF's decision-making process.

9. In 2025 and 2026, for example, NSF made a series of major policy changes, including a mass termination of grants in mid-2025 and the unprecedented withholding of over

$1.4 billion in funds intended for NSF grants in 2026. The Board was not consulted before NSF made any of these changes. Indeed, I only learned about them through public reporting.

10. In a break from prior practice, NSF also stopped sharing the proposed budget with the Board. The Board was not consulted about the NSF budget proposals for either fiscal year 2026 or 2027. We received information about the FY 2026 budget only after it was released.

11. The Board was not consulted about the decision to close the Directorate for Social, Behavioral and Economic Sciences (SBE), or even informed about it. Historically, the Board would have been consulted and would have weighed in before NSF implemented such a major change.

12. On April 24, 2026, I was removed from my position as a member of the Board along with every other then-serving member of the Board.

13. The SBE Directorate is the largest funder of fundamental scientific research in SBE in the U.S. government. While some other government agencies have large budgets for work in SBE, the nature of the work is entirely different, since they are focused on specific missions including human health. As I stated in my testimony before the U.S. Senate Committee on Commerce, Science, and Transportation's Subcommittee on Science, Manufacturing, and Competitiveness on July 21, 2026, government-funded basic research **across the entire spectrum of scientific fields** is our nation's "seed corn"—an investment that has yielded impressive rewards in its contributions to our country's prosperity. This unique feature of American science and engineering has paid off handsomely. Part of the unique mission of the National Science Foundation is "to promote the progress of science" through funding research and education in all non-medical fields of science and engineering. Eliminating large areas of science and engineering, such as SBE, conflicts with the statute establishing NSF and is short-sighted. While all scientific

funding agencies can be improved in the way they award research funds, wholesale elimination of a field is extremely short-sighted and not in the best interests of the country.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed this _6_ day of November, 2026, in _Gold Beach, OR_.

Julia Phillips