# Exhibit 3

# DECLARATION OF JULIANE BARON, FEDERATION OF ASSOCIATIONS IN BEHAVIORAL AND BRAIN SCIENCES

1. I am the Executive Director of the Federation of Associations in Behavioral and Brain Sciences (FABBS). I am over 18 years old. I make this declaration on behalf of FABBS based on my personal and professional knowledge and on FABBS's activities and records.

2. I have served as the FABBS Executive Director since January 2019. As the Executive Director, I am responsible for every aspect of our organization from strategic planning to day-to-day operations. Through this work, I am familiar with FABBS's mission, membership, activities, and records.

3. FABBS is an educational, nonprofit organization dedicated to advancing the rigor and impact of the behavioral and brain sciences. FABBS keeps our members informed of federal policies and budgets that impact these disciplines, advocates on members' behalf, represents the expertise of our members in national coalitions, and responds to relevant federal requests for information. FABBS aims to support researchers at every stage of their careers. We work to ensure that federal agencies and congressional offices have a strong understanding of the behavioral and brain sciences and the value of federal investment.

4. The Social, Behavioral and Economic Sciences (SBE) Directorate at the National Science Foundation (NSF) is a primary source of funding for the behavioral and brain sciences. In addition to NSF, FABBS advocacy efforts focus on the National Institutes of Health and the Institute of Education Sciences, within the Department of Education.

5. FABBS's members include 35 scientific societies, whose members are behavioral and brain scientists; 60 "academic affiliates," mainly university departments of psychology and cognitive sciences; and two corporate affiliates. Although the latter two groups are called

"affiliates," FABBS considers them members because they pay dues to FABBS and we advocate on their behalf. The Society for Experimental Social Psychology (SESP) and the Social and Affective Neuroscience Society (SANS) are both members of FABBS.

6. FABBS holds an annual council meeting where members come together to hear from policymakers and critical leaders in the field, including from program officers at the SBE Directorate. FABBS meetings are also an opportunity for federal leaders to lay out their vision for their offices, share updates and opportunities, and hear directly from leading researchers. FABBS publishes the journal *Policy Insights from the Behavioral and Brain Sciences.*

7. Federal research funding from the SBE Directorate is essential to FABBS's mission and the professional activities of its members. Behavioral and brain sciences help answer a wide range of critical, pressing societal questions in domains from national security, natural disasters, and economic prosperity to health and well-being. The breadth of these disciplines requires substantial resources, including payments to study participants, research staff, and data collection from large and representative samples. Yet, the SBE Directorate is one of the only sources—often the only source—of funding for much of this critical research. FABBS's members cannot advance the science that FABBS exists to promote without funding to conduct that research.

**FABBS Members' Research and Its Value to the Public**

8. FABBS's members study every aspect of human behavior and cognition, including how people make decisions and behave in situations that matter significantly to Americans' health and prosperity. For example, FABBS members study how Americans respond to public health emergencies and disasters and examine how people perceive risk and respond to official guidance[1];

[1] NSF Award Nos. 1505184, 1760764, 2026337, 2049932.

how people's ability to understand numbers affects medical and financial decision-making[2]; why people conceal infectious illnesses from others[3]; how to design safe bicycle infrastructure[4]; how misinformation and disinformation campaigns spread online[5]; and how social experiences affect the immune system.[6]

9. SBE-funded research serves the missions of federal agencies and informs federal policy and practice. In a recent issue of *Proceedings of the National Academy of Sciences*, Science in Service, July 2026, teams from five federal agencies—the Congressional Budget Office, Food and Drug Administration, Federal Trade Commission, Office of Evaluation Sciences, and Securities and Exchange Commission—wrote about how they use behavioral sciences to serve the missions of their agencies and perform their jobs.[7] A quick review of contributing authors and cited resources revealed significant funding from the SBE Directorate.

10. A 2026 analysis by Angel Luis Jaso-Tamame of Overton found that SBE-funded research output is the most cited by the U.S. government in policy documents. According to the analysis, SBE is less than 3 percent of the NSF budget, produces 3.6 percent of NSF's published papers, and represents 30 percent of its policy "footprint."[8] National security and defense agencies have also relied on research in the behavioral sciences. Last summer, when asked about the most

[2] NSF Award No. 2001000.

[3] NSF Award No. 2134796.

[4] NSF Award No. 2425029.

[5] NSF Award Nos. 2140473, 2040684.

[6] NSF Award No. 2047344.

[7] Alycia Chin, Science in service: Behavioral research applications across federal agencies (July 6, 2026), https://www.pnas.org/doi/10.1073/pnas.2608196123.

[8] Social Science Space, NSF's Embattled SBE Directorate Shown as Agency's Policy Heavyweight (Aug. 10, 2026), https://www.socialsciencespace.com/2026/08/nsfs-embattled-sbe-directorate-shown-as-agencys-policy-heavyweight/.

important battles and what we systematically underestimate in military preparedness, General Dan Caine, Chairman of the Joint Chiefs of Staff, highlighted "the importance of understanding the cognitive components of warfare . . . how people see, sense and understand things . . . ."[9]

11. While many of these projects have obvious applications to pressing problems facing modern society, these practical payoffs rely on basic research into how people think and behave. The object of basic research funding is to support academic inquiry into matters for which applications are yet to be discovered. Such research is often undertaken years before its applications are realized. Private funders rarely support such research.

**FABBS Members' Reliance on SBE and Its Programs**

12. NSF's SBE Directorate is the nation's principal federal funder of basic research in behavioral and cognitive sciences. Per the NSF's fiscal year 2023 budget request, SBE provides approximately 64 percent of the federal funding for basic research at academic institutions in the social, behavioral, and economic sciences.[10] Within SBE, FABBS members apply to many programs that would no longer exist without the SBE Directorate: Cognitive Neuroscience (CogNeuro), Human-Environment and Geographical Sciences Program (HEGS), Human Networks and Data Science (HNDS), Linguistics, Perception, Action & Cognition (PAC), Social Psychology, Science of Learning and Augmented Intelligence (SL), Accountable Institutions and Behaviors (AIB), Decision, Risk and Management Sciences (DRMS), Science and Technology Studies (STS), Science of Organizations (SoO), Science of Science: Discovery, Communication and Impact (SoS:DCI), and Security and Preparedness (SAP).

---

[9] https://www.youtube.com/live/eoD1RaVFu7s?si=6WlQ6nVqrNy0f5vp&t=2073.

[10] NSF, Fiscal Year 2023 Budget Request at SBE – 1, https://nsf-gov-resources.nsf.gov/about/budget/fy2023/pdf/74_fy2023.pdf.

13. SBE has directly funded a substantial share of FABBS's members. FABBS has approximately one hundred associational and institutional members, each of which comprises dozens, hundreds, or even thousands of behavioral and brain scientists. Although FABBS does not collect information on the total number of grants awarded to its members' scientists, the members of SESP alone received 319 grants and the members of SANS received 58 grants from the SBE Directorate over the past ten years. FABBS's members also include 60 psychology, brain, and behavioral science departments at universities, which regularly apply to SBE for funding. Based on these numbers and my conversations with member associations, I conservatively estimate that at least hundreds, and more likely over a thousand, scientist members of FABBS's member associations apply for SBE grants each year. I personally know of approximately 90 individual members of FABBS's member associations or departments who reported past or active SBE grants or recent applications to the SBE Directorate, dozens of which were still pending when NSF announced the closure of the Directorate.

14. In addition to research projects, SBE also funds the training of future behavioral and brain scientists, and FABBS's members are the scientists who train them. The Doctoral Dissertation Research Improvement Grants (DDRIG) funding opportunity is designed to improve the quality of dissertation research. DDRIG awards provide funds for items not normally available through the student's university, such as enabling doctoral students to undertake significant data-gathering projects and to conduct field research in settings away from their campus. The Directorate has also offered postdoctoral fellowships for recent graduates who staff members' labs.

**Harm to FABBS's Member Scientists**[11]

15. If the SBE Directorate closes, FABBS's members will lose funding opportunities, program officers who specialized in various behavioral and cognitive science fields, and the review panels of expert scientists in these areas that have evaluated their research. Because of SBE's impending closure, FABBS members with promising proposals—like FABBS members Gregg Sparkman, Jon Freeman, Jane Doe, and John Doe—have been and will be denied funding. Many FABBS members have proposals pending with SBE right now, which NSF seems certain to reject now that SBE is closing. As of October 2026, about 600 proposals were reportedly pending with SBE, with no SBE review panels scheduled.[12] NSF has also stopped issuing new funding opportunities through SBE.

16. FABBS's members cannot readily replace SBE funding with funding from other sources. Other NSF directorates (such as Biological Sciences or Geosciences) fund other scientific fields. Under the current administration, all directorates are experiencing reduced budgets, making it more competitive for disciplinary proposals to receive funding, much less proposals that fall outside the core missions of the directorates. Furthermore, staff at other directorates, and the outside review panels they organize, are far less likely to include behavioral and brain scientists and lack the expertise in FABBS disciplines necessary to fairly evaluate SBE proposals.

17. And funding options outside NSF are limited. The National Institutes of Health (NIH) funds research aimed at specific diseases and health conditions, not basic research on social behavior focused on non-health areas. Private foundation or philanthropic funding for basic

---

[11] Individual scientists are the members of FABBS's member associations. I refer to these scientists as FABBS's members for ease of reference.

[12] Daniel Garisto, *Exclusive: "Complete devastation"—How NSF gutted its social sciences research*, Science (Oct. 6, 2026).

behavioral and brain science research is extremely limited and cannot approach the scale of SBE's support. Indeed, one major foundation that has funded FABBS's members' education-related work recently announced a pause on grant funding due to overwhelming demand. What's more, foundations are currently receiving an unprecedented number of proposals across all disciplines.

18. NSF has also cut off support for students and postdoctoral researchers whom FABBS's members train. NSF's 2026 Graduate Research Fellowship solicitation removed SBE from the list of participating directorates. SBE made no postdoctoral fellowship awards in fiscal year 2026.[13]

19. These losses fall directly on FABBS's members. Without SBE funding, members must shrink or even close their labs, take on fewer graduate students and postdoctoral researchers, and delay, interrupt, or abandon research.

20. The harm to FABBS's members is particularly acute for graduate students, postdoctoral researchers, and early-career faculty, whose eligibility for certain federal funding opportunities is restricted to narrow stages of their careers. NSF's SBE Postdoctoral Research Fellowship program, for example, has historically restricted eligibility to researchers who obtained their doctoral degrees within the preceding three years. The program's latest solicitation has no upcoming application deadline. An interruption in this program therefore threatens to deprive eligible researchers of opportunities they may never be able to pursue again after advancing beyond the eligibility period.

21. Similar consequences arise for early-career faculty seeking NSF CAREER Awards, which are restricted to assistant professors or equivalent early-career academic appointments.

---

[13] *See* Nat'l Sci. Found., Graduate Research Fellowship Program, https://www.research.gov/grfp/AwardeeList.do?method=loadAwardeeList.

Graduate students also face restrictive eligibility windows for NSF's Graduate Research Fellowship Program. Even if relevant programs were restored in the future, researchers who have advanced beyond their eligibility windows would not necessarily recover opportunities lost during the interruption.

22. These are not merely financial losses. Independent research funding during the early stages of a scientific career can determine whether a researcher is able to establish an independent research program, complete advanced training, obtain a faculty position, or remain in academic science. A fellowship or career-development opportunity permanently lost because of a missed eligibility window cannot simply be replaced by awarding funding to someone else several years later.

23. The loss of SBE funding opportunities also threatens ongoing research programs and the scientific teams that sustain them. University laboratories depend on successive research grants to maintain trained research personnel, support graduate students and postdoctoral researchers, and conduct studies that extend over multiple years. When funding becomes unavailable, faculty may be forced to terminate staff appointments, discontinue longitudinal data collection, decline to admit prospective graduate students, or abandon research projects already under development.

**Loss of Research Infrastructure**

24. FABBS's members also depend on shared national research infrastructure funded by the SBE Directorate that individual researchers and institutions cannot readily replicate or replace. This includes three longstanding national surveys that NSF itself identifies as foundational research infrastructure: the General Social Survey (GSS), conducted since 1972; the American National Election Studies (ANES), begun in 1948; and the Panel Study of Income Dynamics

(PSID), begun in 1968. These resources support research across multiple disciplines represented by FABBS's member societies, including the Association for Psychological Science, the Society for the Psychological Study of Social Issues, and the Society for Research in Child Development.

25. For example, studies published in these societies' scientific journals have relied on these datasets to investigate how economic recessions alter Americans' social class identities (e.g., Antonoplis et al., 2026, *Psychological Science*), the psychological and economic factors underlying perceived racial discrimination (e.g., Okuyan et al., 2023, *Analyses of Social Issues and Public Policy*), political and geographic differences in Americans' attitudes toward scientists (e.g., Okada & Shen, 2023, *Analyses of Social Issues and Public Policy*), and the development of children's academic identities and interests in mathematics and language (e.g., Wan et al., 2026, *Child Development*).

26. The scientific value of these resources depends on maintaining consistent, nationally representative data collection across decades. Interruptions in their continued support could create permanent gaps in the historical record, undermining researchers' ability to understand how American society, behavior, and development change over time. Funding restored years later cannot retrospectively collect the missing observations or fully repair breaks in the continuity of these datasets.

**Destruction and Harms to FABBS's Member Societies**

27. The closure harms FABBS's member organizations' core activities.

28. Scientific societies rely on membership dues, annual conference revenue, and royalties from publications to fulfill their missions to advance their fields through professional development opportunities and to set field standards and norms through awards and honors. Many researchers, and especially early-career scholars, depend on federal funding to cover both

membership dues and the cost of attending conferences. Conferences provide critical opportunities to present research in posters or panels and receive valuable feedback, to attend sessions to learn from colleagues, and to network.

29. FABBS member societies (for example, the Association for Psychological Science, the Society for Mathematical Psychology, and the Vision Sciences Society) have benefited from SBE awards. These funds have enabled FABBS societies to hold symposia on emerging scientific initiatives, enable early-career scholars to travel to and attend conferences, and host workshops to train members on emerging methods and models. These opportunities will no longer be available to FABBS's members.

30. For example, Dr. Jeffrey M. Zacks, past president of FABBS, recently applied for a grant for an inaugural conference on event cognition—the study of how the mind and brain form, update, and use representations of events in present, past, and possible worlds. As Dr. Zacks's proposal explained, event cognition research is already transforming critical and emerging educational technologies, including A.I. agents, neurotechnology, and autonomous interactive systems. It is also advancing the basic science of learning, memory, and cognitive development. Dr. Zacks and fellow organizers applied for funding from the Perception, Action & Cognition (PAC) and Cognitive Neuroscience SBE programs to cover the travel expenses for a two-day interdisciplinary conference in which scholars would present their latest work in event cognition, establish new collaborations, and make decisions about the future of the field. Initially, NSF staff provided highly positive feedback on the proposal and suggested it would be funded. But following the news of SBE's closure, previously responsive staff members stopped answering emails. As a result, organizers will be unable to cover the travel expenses for early-career scholars to attend.

**Destruction and Harms to FABBS's Member Academic Departments**

31. As widely cited, NSF funds over 60 percent of all academic research in the psychological and social sciences conducted at American universities, including FABBS member departments. Not only will FABBS member departments almost certainly see dramatic declines in federal funding for research in their departments, but they will also have no meaningful opportunities to compete for federal funding for lines of inquiry in their fields in the future.

32. Currently, FABBS affiliate disciplines and social science departments account for an outsize portion of degrees at every level: associate's, bachelor's, master's, and doctoral. According to data from the National Center for Science and Engineering Statistics, "social sciences" and "psychology" are in the top five fields of degree across levels.[14] If NSF eliminates SBE, it is certain to negatively impact the ability of these departments, across our country, to provide these students with meaningful exposure to research practices.

33. Several FABBS departments have reported pausing graduate student admissions to psychology programs and more broadly decreasing the number of students admitted to social science degree programs. Closing SBE entirely will only further reduce the number of graduate students that departments are able to accept. The reduction in the number of graduate students threatens department research capacity and pulls faculty time away from research. As FABBS member John Doe declared, "From 2020 through 2024, my lab typically had three to five graduate students as primary or secondary advisees in a given year. Today it has none."

34. Many FABBS member academic departments rely on the Graduate Research Fellowship Program (GRFP) to fund a small number of their graduate students each year.

---

[14] NCSES, NSB-SEP-2026-1, S&E Undergraduate Degrees Awarded by Field: 2014 and 2024, https://docs.google.com/presentation/d/18eHHhuntTstBxDliz3SFl3KFOKBa0gw2kL2FUJ8cAIg/edit?slide=id.g3efeae988b9_0_14#slide=id.g3efeae988b9_0_14.

According to NSF, each Fellowship provides three years of support over a five-year Fellowship period. For each of the three years of support, NSF provides a $37,000 stipend and a $16,000 Cost of Education allowance provided to the institution of higher education (IHE) in lieu of all tuition and mandatory fees for each Fellow using the support in a Fellowship year. While the Fellowship is offered to the individual, the Fellowship funds are awarded to the IHE at which a Fellow is enrolled, and the IHE is responsible for disbursement of the stipend to the Fellow. Some departments report building in the assumption that they will receive several GRFPs when developing their annual budgets. In fiscal year 2026, NSF awarded 186 GRFPs in psychology and social science. In the fiscal year 2027 solicitation, the SBE Directorate was removed from the list of partnering organizations; all other directorates remained.

35. To prevent the harms I have described, NSF would need to reopen the SBE Directorate, bring back staff, continue to solicit and review SBE grant applications, and fund awards, like it did before the shutdown, and like it continues to do for other directorates. It would not be feasible to identify every member of FABBS's member associations who has a pending application or plans to apply for an SBE grant soon. We would have to poll thousands of people. This would be enormously burdensome. And in my experience with similar attempts to compile information through polls of members, it would not yield even close to a complete list.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of November, 2026, in Washington, D.C.

Juliane Baron
Juliane Baron (Nov 16, 2026 19:05:22 EST)
Juliane Baron