# Exhibit 4

**DECLARATION OF DR. ROBERT E. O'CONNOR**

1. From 2001 until August 2026, I was a Program Director in the National Science Foundation's (NSF's) Directorate for Social, Behavioral, and Economic Sciences (SBE), where I directed the Decision, Risk and Management Sciences (DRMS) program. I am over 18 years old. I make this declaration in my personal capacity, based on my personal knowledge and my 25 years of experience at NSF.

2. I received my undergraduate degree from Johns Hopkins University and my Ph.D. in political science from the University of North Carolina at Chapel Hill. Before joining NSF, I was a professor of political science at Pennsylvania State University, where I was also on the senior management teams of the Center for Integrated Regional Assessment and for the Ph.D. in Mass Communications. My most recent research examined public perceptions of cumulative, uncertain, long-term risks such as climate change, and it was funded by the U.S. Department of Energy, Environmental Protection Agency, National Oceanic and Atmospheric Administration, and NSF.

3. I joined NSF in 2001 to direct the DRMS program in SBE's Division of Social and Economic Sciences. My other most resent internal NSF responsibilities included service on the management teams for three inter-directorate competitions: CRISES: Coastlines and People; AI for Decision Making; and Fire Science Innovation through Research and Education (FIRE). Over the years I shared management responsibilities for DRMS with seven different SBE program directors. Employing two program directors as was the practice for most SBE programs.

4. DRMS supports research on how individuals and groups make decisions, including judgment and decision making, risk analysis, perception, risk communication, and governmental decision making. Many of the awards have had significant impacts in both advancing scientific knowledge and in producing new knowledge that has been able "to promote the progress of

science, advance national health, prosperity, and welfare, and secure the national defense," NSF's mission according to its charter.

5. DRMS typically funds psychologists, behavioral economists, communication scholars, sociologists, political scientists, and decision theorists. An indication of DRMS's impact and SBE's flexibility in funding proposals across disciplines is the number of Nobel Prize winners in the economic sciences that DRMS co-funded with the Economics Program *before* the scholar won the Nobel Prize. An example is Alvin Roth whose research on auction designs enabled the creation of the Kidney Exchange. A second example is Danny Kahneman's integration of psychological sciences into economic theory. Another example in the seminal work of Bill Nordhaus in bringing climate change models to macroeconomics. Finally, Richard Thaler won the Nobel Prize for showing how insights from behavioral research can inform choice architectures, including how "nudges" can save lives and improve economic outcomes. Almost all the other Nobel Prize winners in economics in this century were funded by the Economics Program before their recognition as Nobel laureates.

6. Identifying the most significant SBE awards, or even just DRMS awards, seems to be an impossible task, like asking a parent with 200 children to pick the best ones. For example, DRMS has made several awards to Paul Slovic whose research on the psychological mechanisms behind decision making has been seminal. I even have difficulty identifying his most important work as DRMS has funded him to study the role of trust and risk perceptions and risk management; risk assessment, affect and behavior; the singularity effect of identifiable victims; foreign policy interventions to save lives; vaccine hesitancy; and organ donation decisions. I have omitted other projects that some scholars would probably rank as more important.

**SBE Funding Decisions Before 2025**

7. For my years at NSF, SBE most programs accepted proposals on a regular schedule. DRMS had two target dates each year, and proposals were reviewed in the fall and spring both with individual mail reviewers and in panel. The two DRMS program officers managed approximately 175 proposals each year.

8. Each proposal was reviewed by outside experts under NSF's two review criteria, intellectual merit and broader impacts. The DRMS Program Directors never identified topical or methodological priorities for any year's competition but instead challenged potential principal investigators to make strong arguments that their projects had both significant intellectual merit and strong broader impacts. Panels placed proposals in categories including "highly competitive" and "competitive." (Those the panel rated "highly competitive" were almost always funded). I and the second DRMS program director considered those reviews and made a funding recommendation to the division director, who would make the decision. From 2001, when I arrived at NSF, to 2025, DRMS had never had a funding recommendation overturned.

9. Recommendations approved by the Division Director went to NSF's Division of Grants and Agreements which has the authority to make awards. Funding decisions on individual DRMS proposals did not go to the NSF Office of the Director.

10. In my experience, these discussions were always about the science. I looked for proposals with strong intellectual merit and strong broader impacts. I never wanted to know, and no one ever asked me, what a researcher's political affiliation or beliefs were.

11. Before 2025, I never received direction that DRMS could not fund research on any particular topic within the DRMS purview. Administrations sometimes emphasized priorities, but no administration put top-down limitations on what SBE's existing programs could fund. An example of responding to an administration's priorities is NSF's establishment of a cooperative

endeavor with the Department of Agriculture to explore opportunities for research to find ways to reduce obesity in America. NSF responded to a priority from the Bush Administration but did not pressure standing programs to deviate from funding the best research.

12. Before 2025, I had never had a funding recommendation overturned, and I never saw partisan interference in DRMS's funding decisions. That was true under administrations of both parties, including those of Presidents George W. Bush, Barack Obama, Donald Trump (first term), and Joseph Biden.

**All-Hands Meeting on April 3, 2026**

13. On April 3, 2026, all SBE staff were working remotely. At about 10 a.m., we received an email announcing a mandatory all-hands meeting on Zoom at 11 a.m.

14. NSF's Chief of Staff, Brian Stone, and Chief Science Officer, Simon Malcomber, attended the meeting, along with other NSF senior leadership and SBE's leadership. Although NSF was 6 months into the 2026 fiscal year, SBE had not yet received its funding allocation. The NSF leaders from outside SBE made the announcements.

15. Leadership told us that the President was announcing his budget for fiscal year 2027, which would zero out funding for the SBE Directorate, and that SBE would no longer exist in fiscal year 2027.

16. They said that SBE would receive money to fund projects in fiscal year 2026, but only $50 million, a fraction of what NSF allocated to SBE for new awards in prior years.

17. We were also told to pay off multi-year awards known as "continuing grants" — that is, awards in which SBE had committed to pay the full award but pay it in annual increments from future program budgets. For example, for an award made in fiscal year 2025 as a "standard grant" for $500,000, SBE would obligate the entire award of $500,000 from the fiscal year 2025

SBE budget. For the same project funded in fiscal year 2025 as a "continuing grant" for $500,000, SBE might obligate $200,000 from fiscal year 2025 funds, $150,000 from fiscal year 2026 funds, and $150,00 from fiscal year 2027 funds. Leadership directed staff to pay off these awards in fiscal year 2026 as SBE would not exist in fiscal year 2027.

18. Someone at the meeting pointed out that Congress had said that NSF could not cut a directorate's budget by more than 5 percent from the fiscal year 2025 budget. The leadership responded that because that direction appeared in the committee report and not in the statutory text, it had been decided to view the 5 percent language merely as "guidance" that could, and would in this case, be rejected.

19. Finally, we were told that we would only be allowed to fund proposals in one specific disciplinary area that SBE supports and that we cannot identify that disciplinary area to anyone, included principal investigators of proposals to be declined and NSF program directors outside SBE.

**SBE Funding Decisions After April 3, 2026**

20. Few social science proposals, except for those in one disciplinary area, were funded after the meeting. DRMS funded just three proposals.

21. NSF also decided not to renew SBE's rotators (scientists who come to NSF mostly from universities for limited terms, usually 2 years, to serve as program officers). Most of the permanent SBE staff who remained have been detailed to other directorates.

22. NSF has replaced program-specific solicitations with a small number of broad solicitations, and there are no active solicitations for SBE. None of the directorate-wide solicitations identifies foundational research in the social sciences as in its purview. The other directorates are facing cuts in the President's proposed budget so are unlikely to find the funds to

expand beyond their traditional purviews. As a result, many social scientists who once would have applied to SBE to support basic research in the SBE sciences now have no place at NSF to apply.

23. Other NSF directorates support expensive physical projects such as telescopes and research vessels. These infrastructures are resources shared by their research communities. The equivalent for SBE are the Big Three long-term surveys and the smaller Time-Sharing Experiments for Social Sciences (TESS). These are shared resources that much of the social science community relies on.

24. The Big Three are the Panel Study of Income Dynamics (PSID), the American National Election Studies (ANES), and the General Social Survey (GSS). SBE periodically reviews them to evaluate the value of their produces and consider improvements. Each of these three surveys for decades has provided publicly available data that have enabled thousands of social scientists and practitioners to explore research questions critical to their work and to advancing knowledge through publication of thousands of research articles. Particularly important is the PSID that has followed families over half a century to help economists and other social scientists to understand what economic statistics mean to actual families over time. Federal Reserve economists are among the many PSID users. There is no obvious alternative source of funding for PSID, ANES, and GSS.

25. The smaller-scale infrastructure investment is Time-sharing Experiments for the Social Sciences (TESS), which several SBE programs co-funded and has been an efficient, cost-saving system for experiments in survey projects. TESS also has no obvious alternative source of funding.

**Departure from NSF**

26. On July 8, 2026, I received an email from NSF stating that staff had to return to work in the office August 1, but that those who wished to resign or retire could use a Deferred Resignation Program. Anyone who elected to retire by July 31 would be placed on administrative leave for 3 months.

27. I elected to sign the Deferred Resignation Program Agreement. My last day of work was July 31, 2026, when my access to NSF systems ended. I remained on paid administrative leave through October 31, 2026.

28. SBE's elimination would weaken America by ceding to other nations our scientific leadership. NSF's genius has been in supporting foundational research, so we have the knowledge available to address real-world problems. DRMS is an interdisciplinary program that has funded projects that integrate findings and methods across psychologists, economists, communication specialists, and others. There is no obvious alternative funding source for this sort of basic work. The same is true for economics.

29. A specific example of the need for the best SBE science comes from the emergence of new technologies. These technologies will only succeed in advancing prosperity when we understand their implications for humans. This knowledge comes from researchers who are well trained in cultural, geographic, political, psychological, legal, organizational, and economic disciplines. Weakening America's workforce development in the SBE sciences would be tragic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of November, 2026, in the United States.

Robert O'Connor

Robert E. O'Connor