# Exhibit 5

**DECLARATION OF DR. NICHOLAS NAGLE**

1. I am a data scientist and Professor of Geography at the University of Tennessee, Knoxville. My work focuses the intersection of survey statistics, spatial data analysis, and artificial intelligence and machine learning. I make this declaration based on my personal knowledge.

2. From August 12, 2024 to August 11, 2026, I was a program director in the Social, Behavioral, and Economic Sciences Directorate (SBE) at the National Science Foundation (NSF). I held that position as a "rotator"—a scientist on assignment to NSF under the Intergovernmental Personnel Act. Rotators are outside scientists with specialized expertise who NSF employs to keep current on scientific knowledge and foster collaboration with the scientific community.

3. Before December 2025, SBE was organized into two primary research divisions—Behavioral and Cognitive Sciences and Social and Economic Sciences—along with the SBE Office of Multi-Disciplinary Activities and the National Center for Science and Engineering Statistics.[1] The two research divisions housed multiple programs that funded research in various fields, from economics, political science, and sociology to cognitive neuroscience and linguistics.

4. While at SBE, I directed two of those programs. From August 2024 to July 2025, I co-directed the Human Networks and Data Science program, which focused on research concerning data science as applied to basic research in the SBE sciences. From July 2025 to August 2026, I directed the Methodology, Measurements, and Statistics program, which focused on research in methodological innovations across the SBE sciences as well as research supporting the Federal Statistical System.

---

[1] 2025 NSF Budget Request at 6, https://nsf-gov-resources.nsf.gov/files/00_NSF_FY25_CJ_Entire%20Rollup_web.pdf

5. I managed the review of grant applications in these two programs according to the NSF's merit review process, which evaluates proposals according to two main criteria: (a) intellectual merit with regard to the potential for the project to advance knowledge across its own field or across different fields, and (b) broader impacts with regard to the potential for the project to benefit society.[2]

6. Before 2025, in my experience, grant solicitations were developed by the programs within each directorate and approved by the head of the directorate. Grants were approved by the director of SBE on the recommendation of the program officers, who are experts in their respective scientific fields, and the outside scientists who participated in the peer review process. NSF did not place substantive restrictions on the subject matter that SBE would fund within the fields encompassed by the directorate's programs. While there were regular changes in funding priorities before 2025, these were seen as nudges rather than requirements.

7. Every year, scientists would respond to solicitations, or requests for grant proposals, for each program within SBE. Scientists from universities across the country ("principal investigators") would then submit applications for grants. As a program officer, I would conduct an initial review of the application to ensure it conformed to NSF requirements. Ordinarily, I would then organize a peer review panel of outside experts to review the applications. The peer review panel would provide a rating—not competitive, low competitive, competitive, or highly competitive. I would then make a recommendation to the Division Director and Associate Division Director about whether to award the grant.

[2] https://www.nsf.gov/funding/overview#phase-2-proposal-review-and-processing-f33.

8. Historically, when the review panel rated a proposal as "highly competitive" and a program director recommended that a proposal be funded, the agency almost always funded the project (at an estimated rate of over 90 percent).

9. On April 3, 2026, the morning that NSF released its budget request for fiscal year 2027, I received a message on Microsoft Teams notifying me of an all-hands meeting in half an hour. NSF leadership—Chief Science Officer Simon Malcomber, Chief of Staff Brian Stone, Chief Management Officer Micah Cheatham, and representatives from the Office of General Counsel—all attended the meeting, along with most of SBE's staff.

10. At the all-hands meeting, Mr. Cheatham announced that unless Congress directed NSF to fund SBE, SBE would shut down. In response to a question, Mr. Cheatham acknowledged that the explanatory material that accompanied last year's appropriation directed NSF not to reduce SBE's funding by more than 5 percent. But he said that because Congress did not include that direction in the text of the law itself, NSF did not intend to follow that instruction.

11. Mr. Cheatham explained that SBE would not shut down immediately. Nonetheless, he said that we should operate under the assumption that SBE would close if Congress did not direct NSF to fund SBE in a continuing resolution or in next year's appropriation.

12. Mr. Cheatam explained that SBE would not renew the contracts of rotators like me and that NSF would reassign all SBE program officers to other directorates by the end of the year.

13. To prepare for SBE's closure, NSF leadership also directed that SBE was to clear the books of its financial commitments, including so called "mortgages." Often, instead of paying a grant all at once, SBE commits to pay in installments over a period of three to five years, a "mortgage." Because NSF did not expect to fund SBE beyond this year, leadership instructed the directorate to pay off all outstanding mortgages with the funds allocated for this year. Because

SBE set aside tens of millions of dollars to pay mortgages, less money was available to fund grant awards.

14. Due to the restrictions on grant awards and the funding limitations related to SBE's impending closure, SBE funded only a tiny percentage of the grants it would normally find. My program typically funds over 20 grants per year. But this year, we funded only 2 grants before I left on August 11.

15. In addition, NSF currently has no active solicitations for SBE. In other words, it has not released any requests for proposals for grants through SBE. NSF had previously notified us that it would stop releasing program-specific solicitations and would instead release directorate-wide solicitations. In 2026, SBE submitted several solicitations to the Chief Science Officer and the White House Office of Science and Technology Policy for approval. As of my departure on August 11, however, none had been approved.

16. On August 17, 2026, NSF released 12 solicitations for other directorates but included none for SBE.

17. In August 2026, I learned that NSF had told its staff that they would all be reassigned out of the SBE directorate by the end of the year.

18. For most SBE disciplines, the National Science Foundation is the single largest source of research funding, and the SBE directorate has played a large role in shaping the research direction of the social sciences for the last 35 years. Many programs existed within other divisions elsewhere before SBE was created. Today, the SBE directorate is the only directorate at NSF whose mission is to fund basic social, behavioral and economic science. While SBE science is sometimes a component of research funded in other directorates, no other directorate has the mission to advance SBE science.

19. Right now, social science researchers across the county are reducing their admission of new graduate students and laying of staff scientists.

20. In particular, large-scale, quantitative social science is impacted by the lack of funding for new data collection efforts, especially social science surveys. Such general surveys and data collection efforts that serve basic social science fall outside the mission of every other NSF directorate. It is possible that other directorates could have missions requiring specific social science (as would, for example existing programs in fire science or critical minerals infrastructure), but no other directorate has the mission to support science benefitting general social science.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November, 2026, in Knoxville, Tennessee.

N N Nagle

Nicholas N Nagle