# Exhibit 6

**DECLARATION OF DR. STEVEN J. STROESSNER,**
**SOCIETY OF EXPERIMENTAL SOCIAL PSYCHOLOGY**

1. I am the Executive Officer of the Society of Experimental Social Psychology (SESP) and a Professor of Communication at the University of California, Los Angeles (UCLA). I am over 18 years old. I make this declaration on behalf of SESP based on my personal knowledge and on SESP's records.

2. I received B.A. degrees in Psychology and Social Work from Hope College in 1987, and a Ph.D. in Social/Personality Psychology from the University of California, Santa Barbara in 1992. I served as a Professor of Psychology at Barnard College from 1992 to 2020 and joined the Department of Communication at UCLA in 2020.

*3.* I am a social cognitive scientist. I study stereotyping, how people judge fairness, and how people perceive and interact with machines. For example, my colleagues and I developed the Robotic Social Attributes Scale, a measure of how people perceive robots, which received a Best Paper Award at the 2017 ACM/IEEE[1] International Conference on Human-Robot Interaction. I am co-author of the textbook *Social Cognition: Understanding People and Events.*

4. My own research on stereotyping has been supported by three National Science Foundation (NSF) research grants.[2]

5. I have served as SESP's Executive Officer since 2020. I was elected a member of SESP in 1997 and a Fellow in 2009. As Executive Officer, I am responsible for overseeing SESP's day-to-day administration and ensuring continuity of its operations. My responsibilities include managing membership records, dues, and communications; maintaining financial records and

---

[1] The Association for Computing Machinery and Institute of Electrical and Electronics Engineers.
[2] NSF Award Nos. 9709797, 9911144, 1147779.

arranging tax filings; preparing membership and financial reports for the Executive Committee; and leading the annual business meeting. I also coordinate with conference organizers on planning and budgets, support the work of SESP's membership, program, and awards committees, oversee elections and website communications, and work with the President and Executive Committee on policy matters, relations with other scientific organizations, and efforts to promote social psychological science and represent the Society's interests. Through this work, I am familiar with SESP's mission, membership, activities, and records.

6. SESP is a scientific, nonprofit organization dedicated to advancing social psychological research by giving social psychologists opportunities for direct scientific exchange and collaboration. SESP aims to support researchers at every stage of their careers. As of October 30, 2026, SESP's membership records listed 1,353 members, including regular and permanent (i.e., retired) members, all of whom identify as social psychologists.

7. SESP holds an annual scientific meeting where members present and discuss new research. SESP also co-publishes the journal *Social Psychological and Personality Science.*

8. SESP also works to support the conditions that make social psychological research possible. For example, SESP is a member of the Federation of Associations in Behavioral and Brain Sciences (FABBS). Through FABBS, SESP takes part in advocacy and education on behalf of scientific social psychology, including advocacy for federal research funding. SESP also supports its members directly in matters concerning research funding. We have disseminated information about resources and support available to individuals whose grants have been canceled. At our annual meeting, we have made grant-related activities a focus of mentor-mentee breakfasts, providing opportunities for researchers to exchange guidance and experience concerning research funding. We have also hosted discussions for researchers negatively affected by funding

disruptions. SESP's leadership has worked with other scientific societies to understand and respond to these disruptions. For example, on April 29, 2025, I participated with then-President Abigail Scholer in a meeting with researchers whose NSF grants had been terminated and representatives of other scientific societies. We discussed the effects of the terminations, gaps in assistance available to affected researchers, and ways scientific societies could support them. These activities reflect SESP's commitment to sustaining the research and training that advance social psychological science. Supporting members' ability to obtain research funding, conduct research, support research personnel, and train future scientists directly serves the Society's mission of advancing social psychological research.

9. Federal research funding is essential to SESP's mission and the activities of its members. Social psychological research requires substantial resources, including payments to study participants, research staff, and data collection from large and representative samples. SESP's members cannot advance their science without funding for that research.

**SESP Members' Research and Its Value to the Public**

10. SESP's members study how people make decisions and behave in situations that matter significantly to Americans' health and prosperity. Much of that research has been funded by NSF's Directorate for Social, Behavioral, and Economic Sciences (SBE). For example, SESP members study how Americans respond to public health emergencies and disasters and examine how people perceive risk and respond to official guidance;[3] how people's ability to understand numbers affects medical and financial decision-making;[4] why people conceal infectious illnesses

[3] NSF Award Nos. 1505184, 1760764, 2026337, 2049932.
[4] NSF Award No. 2001000.

from others;[5] how to design safe bicycle infrastructure;[6] how misinformation and disinformation campaigns spread online;[7] how social experiences affect the immune system;[8] how emotions influence cigarette consumption and other decisions involving addictive substances;[9] how provocation and self-control contribute to intimate-partner violence;[10] and how to communicate medical risks so patients can better understand treatment and prevention options.[11]

11. While many of these projects have obvious applications to pressing problems facing modern society, these practical payoffs rely on basic research into how people think and behave. Basic research seeks fundamental understanding, often without an immediate practical application. It is fundamental to scientific progress because it lays the foundation for new applications. Yet, because basic research is often undertaken years before its applications are realized, private funders rarely support such research.

12. My own research examines how people spontaneously form impressions of robots from their appearance and actions, using processes that parallel how they form impressions of other people. This includes research on spontaneous trait inferences—how observing a robot's behavior can lead people to infer underlying characteristics without deliberately trying to evaluate it. These basic processes have potentially significant implications for artificial intelligence, particularly for understanding vulnerability arising from overtrust. People may infer competence, trustworthiness, or benevolent intentions from humanlike cues that do not reliably indicate a system's actual capabilities or safeguards. Such impressions could leave users vulnerable to

[5] NSF Award No. 2134796.
[6] NSF Award No. 2425029.
[7] NSF Award Nos. 2140473, 2040684.
[8] NSF Award No. 2047344.
[9] NSF Award No. 1559511.
[10] NSF Award No. 0719780.
[11] NSF Award No. 2343329.

accepting inaccurate advice, disclosing sensitive information, or delegating consequential decisions without sufficient scrutiny. Understanding how these impressions arise can inform efforts to recognize and reduce these vulnerabilities.

**SESP Members' Reliance on SBE and Its Social Psychology Program**

13. NSF's SBE Directorate is the principal federal funder of basic research in social psychology. Per the NSF's fiscal year 2023 budget request, SBE provides approximately 64 percent of the federal funding for basic research at academic institutions in the social, behavioral, and economic sciences.[12] Within SBE, the Social Psychology program funds research that advances understanding of how social forces shape people's attitudes and behaviors. That program is the core funding source for SESP's members.

14. SBE has funded a substantial share of SESP's members. At least 200 SESP members received SBE funding between 2015 and 2025, associated with 319 awards. Of those members, 138 held 181 distinct awards through SBE's Social Psychology program. 52 members currently have SBE grants. An analysis of public NSF award records identified at least 80 SBE awards involving researchers who are SESP members during fiscal years 2021–2025. SESP members also accounted for more than half (56%) of all awards associated with SBE's Social Psychology program during this period.

15. Assuming proposals involving SESP members had success rates broadly comparable to the 19 percent rate reported in fiscal year 2024 for SBE, these awards suggest that SESP members collectively submitted several hundred proposals during that five-year period.

16. These figures do not capture the full extent of SESP members' reliance on SBE funding. The analysis excludes awards made before 2015 or after April 2025. Research grants also

---

[12] https://nsf-gov-resources.nsf.gov/about/budget/fy2023/pdf/74_fy2023.pdf

support graduate students, postdoctoral researchers, research assistants, and other personnel who contribute to members' research programs but are not listed as principal investigators or co-investigators in public award records. For SESP members who direct these projects, this support helps sustain their laboratories and their ability to recruit, train, and mentor future researchers. Members may also benefit from SBE-funded collaborations and shared research resources without themselves being named investigators on the supporting award.

17. SBE also funds the training of future social psychologists, and SESP's members are the scientists who train them. Over the same period, 19 SESP members served as faculty sponsors on SBE Postdoctoral Research Fellowships and 7 members advised doctoral students who received SBE dissertation awards.

18. SESP's members cannot readily replace SBE funding from other sources.

19. In my professional judgment, other NSF directorates are not realistic substitutes for SBE funding for much of the basic research conducted by SESP's members. Other NSF directorates (such as Biological Sciences or Geosciences) fund other scientific fields. Their review panels may not be composed of social psychologists. NSF programs support particular scientific questions and objectives, and a proposal must fit the scope of the program considering it. Research seeking to explain stereotyping, social judgment, or interpersonal behavior does not necessarily address the biological, geological, engineering, or computational questions supported by programs in other directorates. Using computational methods, for example, does not by itself make a study of social behavior a contribution to computer science. Some interdisciplinary projects may qualify for support elsewhere, but those opportunities do not replace a program whose central purpose is to advance basic social psychological knowledge. Redirecting a project to another program may

require substantial changes to its scientific aims, methods, or research team, rather than simply submitting the same proposal to a different office.

20. And funding options outside NSF are limited. The National Institutes of Health (NIH) supports basic and applied research relevant to health, but it does not provide a general substitute for SBE's support of basic social psychological research, particularly research without a clear connection to health. Private foundation and philanthropic opportunities are limited and cannot readily replace the breadth and continuity of SBE's support.

**Harms to SESP's Members**

21. Since early 2025, NSF has sharply reduced the research it funds through SBE. In fiscal year 2026, per public reporting, SBE made 87 new awards, compared with an average of about 800 per year in fiscal years 2021 through 2024, and spent about $95 million in fiscal year 2026, a 62 percent decline from its average of $247 million in fiscal years 2021 through 2024.[13]

22. The effect on social psychology has been especially severe. According to NSF's public award records, SBE's Social Psychology program made 25 awards starting in fiscal year 2023, 18 in fiscal year 2024, and 15 in fiscal year 2025. NSF's records show only 3 Social Psychology awards starting in fiscal year 2026, all related to artificial intelligence.

23. Because of SBE's impending closure, SESP members with highly rated proposals—like SESP member Gregg Sparkman—have been and will be denied funding.

24. Multiple SESP members have already experienced the termination of existing NSF awards. For example, SESP member Franki Y. H. Kung informed me that his NSF CAREER grant studying the mechanistic dehumanization of Asians was terminated in April 2025 and has never

[13] Daniel Garisto, *Exclusive: "Complete devastation"—How NSF gutted its social sciences research*, Science (Oct. 6, 2026).

been reinstated. According to Dr. Kung, more than $600,000 of the grant budget remained unspent. The termination abruptly halted ongoing research and a community partnership. It eliminated grant-funded salary support for a full-time research assistant and a doctoral student and required cancellation of a postdoctoral appointment that was in the final stages of contract completion. It also withdrew his anticipated summer salary support through 2028. Dr. Kung reports that many affected research and partnership activities remain dormant and are difficult to restart. Despite substantial efforts to obtain alternative funding, he has been unable to replace the lost support. His laboratory currently cannot afford to hire personnel and is conducting substantially fewer projects. He also reports that seeking replacement funding has diverted significant time from research, mentoring, and other professional activities, and that the interruption has undermined trust with community partners involved in educational activities.

25. Many SESP members have proposals pending with SBE right now, which NSF seems certain to reject now that SBE is closing. Although SESP does not track pending applications, based on my anecdotal knowledge and the historical data described above, I would estimate that dozens of SESP members had pending applications as of the start of 2026.

26. NSF has cut off support for students and postdoctoral researchers whom SESP's members train. NSF's 2026 Graduate Research Fellowship solicitation removed SBE from the list of participating directorates. SBE made no postdoctoral fellowship awards in fiscal year 2026, and there are no current solicitations for those fellowships in SBE, in contrast to other directorates. Reliable funding allows faculty to recruit students and postdoctoral researchers with a reasonable expectation that they can support their training and research. Losing that support can mean offering fewer positions, postponing recruitment, or shortening appointments. These decisions have consequences beyond the immediate funding period. Students and postdoctoral candidates must

make commitments on academic and employment calendars; if they accept positions elsewhere, later funding may not restore the opportunity to recruit them. Faculty also lose the research capacity and continuity that these trainees provide, while trainees lose opportunities to develop specialized skills, complete projects, and establish their own research careers.

27. These losses fall directly on SESP's members. Without SBE funding, members must shrink their labs, take on fewer graduate students and postdoctoral researchers, and abandon or delay research. Early-career researchers are particularly vulnerable because they are building independent research programs while facing tenure and promotion deadlines. Interruptions in funding can delay data collection, publications, and the training of research personnel. It is through this work that investigators demonstrate the quality and promise of their research programs. Even when an institution grants a review extension, the extension does not itself replace lost research time, personnel, or opportunities. Funding restored later may therefore leave an investigator with a substantially different research record from the one that could have been developed with continuous support.

28. If the SBE directorate closes, SESP's members will lose funding opportunities, program officers who specialized in social psychology, and the review panels of expert social scientists that have evaluated their research. And some consequences of interrupted research funding cannot be repaired by providing money later.

29. Longitudinal studies depend on collecting observations at specified times. If researchers miss a scheduled assessment, they cannot return later to measure participants as they were at that earlier point. Interruptions to data collection can permanently eliminate measurements from critical developmental periods, changing relationship circumstances, or unique stages of participants' lives, compromising researchers' ability to understand how social experiences and

psychological processes unfold over time. The resulting gap can weaken comparisons across time and prevent researchers from answering questions the study was designed to address. Research tied to an election, a public crisis, or the adoption of a new technology faces similar constraints. Attitudes and behavior measured after the relevant event or stage of adoption cannot substitute for observations collected while it was occurring.

30. For example, NSF award No. 2336167 (2024–2027), on which SESP member Jeffry Simpson is a co-principal investigator, supports new data collection in the Minnesota Longitudinal Study of Risk and Adaptation, which has followed the same individuals for approximately 50 years, since birth. At about age 50, participants complete 14 days of daily surveys on stressful events and their emotional and behavioral responses (including support seeking, exercise, and substance use). Researchers link these reports to measures of maltreatment, life stress, and maternal sensitivity collected in infancy and childhood. Any further NSF-funded data collection with this group would require a new award. Similarly, NSF award No. 2242591 (2023–2027), led by SESP member Roxane Cohen Silver, supports continued surveys of a nationally representative panel of more than 6,500 U.S. residents first assessed at the start of the COVID-19 pandemic in 2020. The study tracks how Americans respond psychologically and behaviorally as collective stressors pile up. Extending this panel beyond 2027 would require new SBE funding.

31. Interruptions can also dismantle the research teams needed to conduct this work. Trained staff may leave, and students or postdoctoral researchers may accept other positions. Later funding may allow an investigator to recruit replacements, but recruitment and training take time and may not restore the team's accumulated expertise or recover the missed research opportunity.

32. Dr. Kung's experience illustrates these consequences. He reports that the termination forced him to cancel a postdoctoral appointment already in the final stages of contract completion, interrupted research and community partnerships that had developed substantial momentum, and left many activities dormant. His unsuccessful efforts to replace the funding have also consumed time that otherwise would have supported research and mentoring.

33. These delays can also have lasting consequences for members' careers, especially early-career investigators facing tenure, promotion, or employment decisions. Research requires a sequence of activities—recruiting personnel and participants, collecting and analyzing data, and preparing and publishing findings—that cannot simply be compressed when funding resumes. A later award cannot place a delayed publication into the record considered at an earlier review or recreate a missed hiring opportunity. Even when a review deadline is extended, additional time does not itself replace lost personnel, interrupted collaborations, or time-sensitive data. For these reasons, restoring funding later may permit research to resume eventually, but it would not fully repairing the scientific and professional harm caused by the interruption.

**Loss of Research Infrastructure**

34. SESP's members also depend on shared national research resources that SBE funds and that no other source replaces.

35. One example is the Time-sharing Experiments for the Social Sciences (TESS), funded by SBE. Maureen Craig, one of TESS's three principal investigators, is also a member of SESP's Executive Committee. TESS allowed researchers to propose experiments that, if selected through peer review, are run free of charge on a nationally representative sample of American

adults. TESS has accepted proposals from researchers at any career stage and has made the resulting data publicly available, informing the work of other scientists.14

36. TESS is especially important for social psychology. Most experiments rely on college students or online volunteers, which skews the study sample and lessens the generalizability of study findings. TESS lets researchers test whether a finding holds in the general U.S. population. Without TESS, such representative sampling would be unaffordable to many researchers, especially those who are early in their careers or at institutions with fewer resources.

37. Published research provides concrete examples of SESP members' use of TESS across a range of research areas. Maureen Craig and Jennifer Richeson used TESS to study reactions to changing racial demographics (Craig & Richeson, 2014, *Personality and Social Psychology Bulletin*); Christopher Bauman and Sophie Trawalter used it in research on judgments of diversity (Bauman et al., 2014, *Personality and Social Psychology Bulletin*); and Harry Reis coauthored TESS-supported research on close relationships (Smith & Reis, 2012, *Personal Relationships*). TESS also collected data for research on growth mindset and learning coauthored by Cameron Hecht, Carol Dweck, Mary Murphy, Kathryn Kroeper, and David Yeager (Hecht et al., 2023, *Proceedings of the National Academy of Sciences*). Its value extends beyond the original investigators: research coauthored by SESP member Robb Willer used archived data from 50 TESS experiments to evaluate whether artificial intelligence could predict experimental results (Ashokkumar et al., 2026, *Nature*, supplementary methods). These examples demonstrate that TESS supports both new experiments and subsequent research using the data it makes available.

38. TESS has suspended operations and is no longer accepting new proposals.[15]

---

[14] TESS, Index of TESS Items, https://tessexperiments.org/info/faq.

[15] TESS, Welcome, https://tessexperiments.org/.

39. SESP members also use other major national surveys supported by SBE. Shigehiro Oishi and Kostadin Kushlev have published research using the General Social Survey to examine happiness in relation to income inequality and taxation (Oishi et al., 2018, *American Psychologist*). Norbert Schwarz has coauthored research using the Panel Study of Income Dynamics' Disability and Use of Time supplement to study time use and the quality of reporting among older couples (Freedman et al., 2012, *Annals of Economics and Statistics*; Freedman et al., 2013, *Field Methods*). Members have also used the American National Election Studies in published research. Examples include work by Keith Payne and Jon Krosnick on racial prejudice and voting (Payne et al., 2010, *Journal of Experimental Social Psychology*), by Ariel Malka and colleagues on religion and political attitudes (Malka et al., 2012, *Political Psychology*), and by Kristen Lindquist and Keith Payne on the relationship between implicit and explicit prejudice (Lee et al., 2023, *Personality and Social Psychology Bulletin*).

40. If the SBE Directorate closes, and these resources lose their funding (as public reports suggest they may), it will be a tremendous loss for the scientific community and irreparably undermine the work of the many social scientists, including SESP members, who rely on these surveys. The value of these resources depends in part on collecting observations at the relevant times and maintaining comparable measures across collections. If a scheduled collection is missed, later funding cannot recreate respondents' experiences or attitudes at that earlier time. For studies following the same individuals or families, a missed wave can interrupt the record needed to understand change. For studies comparing populations across years or elections, it can eliminate the observations needed for a particular comparison. Existing data remain useful, but they cannot supply observations that were never collected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of November, 2026, in Lake Arrowhead, California.

Steven J. Stroessner