# Exhibit 7

**DECLARATION OF DR. JENNIFER KUBOTA,
SOCIAL AND AFFECTIVE NEUROSCIENCE SOCIETY**

1. I am the President of the Social and Affective Neuroscience Society (SANS) and an Associate Professor in the Departments of Psychological and Brain Sciences and Political Science and International Relations at the University of Delaware. I am over 18 years old. I make this declaration on behalf of SANS based on my personal knowledge and on SANS's records.

2. I received a joint Ph.D. in social psychology and neuroscience from the University of Colorado, Boulder, in 2010 and completed a postdoctoral fellowship in social neuroscience at New York University. Before joining the University of Delaware, I was an Assistant Professor at the University of Chicago. I am a Fellow of the Association for Psychological Science, the Society of Experimental Social Psychology, and the Society for Personality and Social Psychology.

3. I am a social neuroscientist. I co-direct the Impression Formation Social Neuroscience Lab at the University of Delaware, where my colleagues and I study how people form impressions of others and make decisions about them. We use measures of brain activity and physiology, along with behavioral experiments.

4. My involvement with SANS began in 2008, the year the organization was founded. I joined as a graduate student. I joined its board of directors in 2022; in 2025, I became the vice president; and in 2026, I became its president for a one-year term. I have a deep familiarity with SANS's mission and membership through these years of involvement.

5. As President, I provide strategic leadership and oversee the Society's operations, governance, and activities in collaboration with the Board of Directors. My responsibilities include chairing the board and annual business meetings, coordinating committees, ensuring compliance with organizational policies and bylaws, representing the Society in professional organizations,

and overseeing partnerships that support conference planning, membership communications, and the Society's website.

6. SANS is a scientific society committed to research on the neural basis of social and affective processes.

7. Social and affective neuroscience studies how the brain gives rise to social and emotional life. Research in this field investigates how people interact, communicate, cooperate, and come into conflict, and how emotions and motivations shape those behaviors. It brings together several interdisciplinary subjects including social psychology, affective science, and neuroscience.

8. SANS membership is open to scientists, faculty, postdoctoral researchers, and students around the world. In the 2025-2026 membership year, SANS had 307 formal members.[1]

9. Most of SANS's members are scientists in training. In the 2025-2026 membership year, 224 of SANS's 307 members (about 73%) were graduate students, postdoctoral researchers, or research assistants.

10. Every year, SANS convenes a scientific conference to facilitate an exchange of research and new ideas, including information concerning federal grant funding. Beyond the conference, SANS also recognizes outstanding research with awards, helps students and postdoctoral researchers find mentorship, and circulates job openings to members. The conference includes a federal funding panel in which panelists discuss funding opportunities.

11. SANS also advocates for research. SANS is a member of the Federation of Associations in Behavioral and Brain Sciences (FABBS), which is a coalition of scientific

[1] Although many of those memberships have formally lapsed in the interim, members routinely renew their memberships at or before SANS's annual conference, which will occur next April.

organizations that advocates for research in behavioral and brain sciences. In November 2025, SANS was among the organizations that signed a FABBS letter asking congressional appropriators to sustain funding for the National Science Foundation's (NSF's) Directorate for Social, Behavioral, and Economic Sciences (SBE). In 2026, SANS formed an Engagement Committee to work on similar advocacy.

12. Neuroscience research on social and emotional behavior is expensive and relies heavily on outside funding. A single study may require expensive brain imaging services, specialized equipment, payments to staff trained to operate these tools, and payments to study participants. Without federal grants, SANS's members could not carry out the research the Society was founded to advance.

**The Public Value of Social and Affective Neuroscience**

13. Research by SANS members addresses questions of importance to how Americans live, work, raise children, participate in society, and grow older. Projects by SANS members supported by the SBE Directorate include studies of what happens in the brain when people are altruistic[2] and how generosity spreads from person to person;[3] how stress erodes self-control;[4] what neurological factors help young people make successful transitions to adulthood;[5] how certain thoughts may engage neural processes that help regulate emotions;[6] and how decision-making processes change during aging.[7]

---

[2] NSF Award No. 2139925.
[3] NSF Award No. 2417596.
[4] NSF Award No. 2338789.
[5] NSF Award No. 2419464.
[6] NSF Award No. 1554683.
[7] NSF Award No. 1752848.

14. Much of this work is basic science research. These studies inquire how the social and emotional brain works without a specific product or treatment in view. The practical benefits often emerge much later and cannot be predicted in advance. So, private funders rarely support such research. The SBE Directorate was therefore a vital source of funding.

15. This research is critical to understanding issues that affect people's daily lives today and that are rapidly shaping the future of society. For example, SANS members' current research on decision-making and trust provides a scientific foundation for assessing whether AI systems can interpret social situations, respond appropriately to human intentions, and support effective human–AI interactions. This research sets the foundation for building adaptive, efficient, and effective AI. Additionally, SANS members' research on how the brain processes social connection has revealed that loneliness is not simply a psychological experience but is associated with changes in neural reward processing, stress, and inflammatory responses. These discoveries have helped establish social isolation as an important public health concern and have provided a scientific foundation for interventions and policies aimed at improving social connection and reducing loneliness. But much work is still required to build on these advances.[8]

16. My own research focuses on how people form impressions of marginalized individuals or those who are different from us and how those impressions influence our decisions. My goal is to better understand the source of our biases and facilitate social change. I have applied to the SBE Directorate for grants in the past, including in the last two years, and would do so in the future if SBE were still open and accepting applications.

[8] On the real-world impacts of social and affective neuroscience research, see, for example, Kubota, J. T., Welte, M., & Cloutier, J., Psychologically Anchored Social Neuroscience Benefits Policy. Policy Insights from the Behavioral and Brain Sciences 13(1) at 129-136 (2026).

17. I had planned to seek NSF-SBE funding in the July 2026 submission opportunity, which has since been eliminated, for a proposal that would have examined the psychological and neural mechanisms underlying how people make decisions involving individuals from different social groups. My research in this area investigates how social group membership, perceived fairness, trust, and expectations about others influence decisions about cooperation, resource allocation, and social interactions. This planned project aims to (1) develop a computational model of how individuals integrate information about another person's group membership, intentions, and behavior when making decisions and (2) identify the conditions under which social biases influence these decisions or can be reduced. I plan to combine behavioral experiments with neuroimaging to better understand the mechanisms underlying intergroup bias and cooperation that could be used to develop future interventions to improve intergroup interactions.

18. SBE funding would be particularly appropriate for this project because the central questions concern fundamental psychological processes and human decision-making rather than a specific disease or clinical intervention. But with the Directorate closed, I have not been able to identify an alternative source of funding. Without continued access to funding, I will not be able to pursue the project, and my ability to pursue this line of basic research and develop new projects examining the mechanisms of intergroup decision-making will be substantially constrained.

**SANS Members Depend on the SBE Directorate**

19. The SBE Directorate is the single largest source of federal support for basic research in the social and behavioral sciences. The SBE programs that matter significantly to SANS members include Cognitive Neuroscience, Social Psychology, Developmental Sciences, and Perception, Action, and Cognition, along with SBE's postdoctoral and dissertation fellowships.

20. SBE funding has supported numerous SANS members. Between January 2015 and 2026, 43 SANS members or conference attendees held at least one SBE award, together accounting for 58 distinct awards worth over $27 million. Thirteen members or conference attendees hold active SBE awards today. Although SANS does not track members' pending grant applications, I know that many SANS members have active grant applications with NSF's SBE Directorate or have grant proposals that they would submit to SBE if it were accepting applications.

21. These numbers do not tell the full story of SBE's importance to SANS members. They do not include awards made before 2015. They also do not capture the number of trainees and early-career researchers who work for SBE grantees or SANS researchers who have benefited from SBE-funded programs such as those working with data collected from Time-sharing Experiments for the Social Sciences (TESS) or Databrary, a shared repository for storing and securely sharing video recordings of human behavior.

**The Closure of the SBE Directorate Harms SANS Members**

22. The loss of the SBE Directorate will leave many SANS members, and important areas of social and affective neuroscience, without a readily available alternative source of federal support. SANS members will also lose program officers and review panelists with expertise in SANS's field. This will have devastating impacts on our members and science in general.

23. SBE funding is not easily replaced. SBE has historically supported this research through programs specifically designed to support SANS-related research, including in social cognition, emotion, and the neural mechanisms underlying human behavior. NSF's other directorates are organized around other disciplines. For example, the Directorate for Biological Sciences supports neuroscience focused on molecular and organismal biology. Its reviewers are not chosen for expertise in human behavior. Outside NSF, the National Institutes of Health (NIH)

directs funding toward research aimed at specific conditions and diseases, leaving out basic research that does not have such connections. Many SANS members and researchers conduct basic research on social and emotional processes in healthy populations without a specific clinical or disease-related objective. For example, research examining how people perceive others, develop social trust, understand emotions, or respond to social group membership may be scientifically important but may not fit the priorities of an NIH institute or funding opportunity. Researchers cannot simply reframe these projects around clinical outcomes without substantially changing their scientific questions, research designs, or objectives.

24. Moreover, applying to another funding agency requires identifying an appropriate program, preparing a substantially revised application, and undergoing a new review process, with no guarantee of funding. For SANS members, particularly those conducting time-sensitive studies or approaching critical career milestones, these delays could have serious consequences.

**1. Harm to SANS Members' Research**

25. As President of SANS and a researcher in social and affective neuroscience, I am familiar with the types of research conducted by our members and the importance of sustained funding for their work. If the SBE Directorate closes, even for a few months to a year, it would harm our members and their research in ways that cannot be easily repaired.

26. Many SANS members conduct longitudinal studies examining social cognition, emotional development, mental health, and neural functioning across critical developmental periods. These studies require collecting data at specific intervals. Interruptions to funding can result in missed developmental windows, incomplete datasets, and compromised scientific conclusions. For example, researchers studying adolescent social development cannot simply collect the same data one or two years later, as participants will have moved into a different

developmental stage. The SBE Directorate also supports longitudinal neuroscience research that repeatedly measures brain activity alongside social experiences and behavior to understand how neural processes change over time and contribute to social and emotional functioning.

27. As a few examples of such time-sensitive work, NSF Award No. 2419464 (2024–2027), awarded to a SANS member, supports a three-year prospective study of adolescents transitioning into adulthood, combining brain imaging, behavioral assessments, and questionnaires to investigate how neural responses to rewards and uncertain threats interact with social support from parents and friends to predict subsequent functioning in education, employment, relationships, and health. Another award, No. 2605721 (2026–2031), made to a SANS conference presenter and funded through SBE together with a cross-directorate computational neuroscience program, supports the creation of an extensive longitudinal brain-imaging dataset in which participants undergo repeated brain scanning while engaging in interactive conversations with a partner week after week over an entire year. The resulting data will allow researchers to investigate how accumulated conversational experiences influence neural activity and subsequent speech production, and will provide a resource for the broader scientific community.

28. Such research depends on collecting repeated brain and behavioral measurements from the same participants over time. Missed assessments or interrupted longitudinal sequences can compromise the ability to distinguish developmental change from individual differences, and to characterize how social experiences shape brain function. Because these processes unfold in real time, lost observations cannot simply be reconstructed through later data collection. Once these opportunities are missed, these data cannot be recovered, even if funding is eventually restored. If NSF stops funding these types of grants because the SBE Directorate does not exist to maintain them, this important research will be damaged irreparably.

29. SANS members also study rapidly evolving social phenomena, including group relations, social trust, and human interactions with artificial intelligence. These research questions are often tied to specific historical events or technological developments, making timely data collection essential. For example, research on how people perceive and interact with emerging AI technologies must often occur while those technologies are developing. Delays in SBE funding threaten to permanently eliminate opportunities to capture these and other important scientific observations and disrupt ongoing studies, research collaborations, and the retention of specialized research personnel.

30. Disruptions to SBE funding also threaten the professional standing and career advancement of SANS members, particularly early-career faculty, postdoctoral researchers, and graduate students. Academic careers depend on time-sensitive milestones, including publications, successful grant applications, and progress toward tenure and promotion. Junior faculty have limited periods to establish independent research programs, collect preliminary data, and demonstrate research productivity. A one- or two-year interruption in funding could jeopardize tenure prospects, delay publications, and undermine competitiveness for future grants.

31. Through my interactions with trainees in fields represented by SANS, I am personally aware of several SANS members concerned about their ability to secure graduate and postdoctoral funding and early-career scholars concerned that a lack of funding will eliminate their chances of achieving tenure. I also know SANS trainees who have left or are considering leaving the United States to pursue research opportunities elsewhere, as well as students who have withdrawn from graduate programs amid uncertainty about research funding and their academic futures.

32. These harms cannot be fully remedied by restoring funding at a later date. Once critical developmental periods have passed, time-sensitive research opportunities have been missed, or researchers have lost important career opportunities, the consequences may be permanent. Similarly, SANS trainees who leave research, withdraw from graduate programs, or relocate because of funding uncertainty may not return even if funding is eventually restored. These disruptions threaten not only the research and professional trajectories of individual SANS members but also the continuity of scientific progress, the training of future scientists, and the ability of the United States to retain talented researchers in social and affective neuroscience.

**2. Harm to SANS's Student and Early-Career Members**

33. Supporting students and early-career scientists is central to SANS's purpose. Most SANS members are trainees, and SANS's travel awards and mentoring programs exist to bring them into the field. When I was nominated to lead SANS, supporting students and early-career members was one of my stated priorities.

34. The SBE Directorate has been a central source of support for these trainees. SBE awards postdoctoral fellowships directly to early-career scientists, funds doctoral dissertation research, and has participated in NSF's Graduate Research Fellowship Program. SANS's trainees have relied on these programs. Eighteen SANS 2025–2026 members or conference participants have or had an NSF SBE trainee award.

35. These pathways are now closing. NSF now lists SBE's Postdoctoral Research Fellowship program as awaiting a new publication, with no upcoming due dates listed.[9] NSF's

[9] https://www.nsf.gov/funding/opportunities/sprf-sbe-postdoctoral-research-fellowships.

2026 Graduate Research Fellowship solicitation excluded SBE from the list of participating NSF directorates.[10]

36. The harm to trainees cannot be repaired later if it is not stopped now. Fellowships are open only during a limited window early in a scientist's career, so a graduate student or postdoctoral researcher who misses a cycle may never be eligible again. Graduate students' dissertations and postdoctoral researchers' positions often depend on their mentors' SBE grants. When those grants are not funded, trainees lose their positions, abandon their projects, or leave the field.

37. Through my interactions with SANS students and early-career researchers, I have personal knowledge of several trainees whose educational and professional trajectories have been adversely affected by uncertainty surrounding NSF SBE funding. I am aware of several graduate students and early-career researchers who had planned to pursue postdoctoral positions but are now facing substantial uncertainty about the availability of funded opportunities that were eliminated at SBE in 2026. This uncertainty has disrupted their career planning and raised concerns about their ability to continue their research training. I also know graduate students who have expressed serious concerns about whether they remain eligible for, or will receive funding through, the NSF Graduate Research Fellowship Program (GRFP) now that SBE has been excluded from the 2027 funding cycle, creating uncertainty about their ability to support themselves financially and pursue their planned research.

38. More concerning, I am personally aware of several SANS trainees who have since 2025 either left the United States or are actively considering leaving to pursue research and training opportunities in countries where they perceive greater funding stability. I also know of SANS

---

[10] https://cossa.org/nsf-skips-sbe-funding-opportunity-limits-grfp-eligibility/.

students who have withdrawn from their graduate programs amid concerns about the future of research funding and their academic careers. These examples reflect not only anticipated harm but, in some cases, actual disruptions to graduate education, research training, and career development.

**3. Loss of Shared Resources**

39. Eliminating SBE would threaten critical shared research infrastructure, scientific resources, and funding programs that support research in social and affective neuroscience. SBE funds resources such as Time-sharing Experiments for the Social Sciences (TESS), which enables researchers to conduct experiments using nationally representative samples at no cost and is particularly valuable for investigating social cognition, emotion, interpersonal perception, and human behavior across diverse populations. But with the closure of the SBE Directorate, TESS has reportedly suspended operations, illustrating the immediate consequences that funding disruptions can have for shared research infrastructure.

40. Other relevant resources include Databrary, an NSF-funded repository for sharing video-based behavioral research data (Award No. 2444731); TalkBank (Award No. 1539129), which provided shared datasets and tools for studying language and social communication; and Complex Group Interactions (XGI) (Award No. 2121905), which supported research on group behavior and social networks. These resources facilitate interdisciplinary collaboration, data sharing, reproducibility, and the development of new approaches to understanding human social behavior. But if SBE closes, resources like these risk not being funded.

41. In addition, SBE supports critical research infrastructure through programs such as Human Networks and Data Science–Infrastructure (HNDS-I) and Research Infrastructure in the Social and Behavioral Sciences (RISBS), which fund the development and maintenance of shared datasets, computational tools, and other scientific resources essential to behavioral and social

science research. The Collaborative Research in Computational Neuroscience (CRCNS) program, which SBE began hosting in 2025, also supports interdisciplinary approaches integrating computational modeling, neuroscience, and behavioral science. These SBE-funded programs are currently awaiting the next funding announcement.

42. The potential disruption of programs such as these raises broader concerns about the long-term sustainability of the research infrastructure necessary to advance social and affective neuroscience and train future generations of scientists.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of November, 2026, in Québec City, Quebec, Canada.

Jennifer Kubota