# Exhibit 8

**DECLARATION OF DR. JENNA CROTEAU**

1. I am a lecturer in the Department of Linguistics at the University of Massachusetts Amherst. I make this declaration in my personal capacity and based on my personal knowledge.

2. I received my Ph.D. in Psychology (Developmental Science) from the University of Massachusetts Amherst in September 2026. My research focuses on how children acquire uniquely human intelligent abilities like language and mathematics.

3. As a doctoral student, along with my faculty advisor, I conducted a research study on children's understanding of small number words like "two" and "three." We began data collection in Winter of 2023 at the Boston Museum of Science and continued data collection until I went on maternity leave beginning in May 2024. Through this study, I discovered that children have a "same-kind bias" for number words. For example, when asked for "three," children are more likely to select three items belonging to the same category, like three horses, than they are to pick three random items. This same-kind bias was especially strong for children with weak counting skills. In psycholinguistic terms, this suggests that children may first understand number words as modifiers of kinds, or rather adjectives that should be restricted to a particular category of things.[1]

4. In July 2025, I applied for a Doctoral Dissertation Research Improvement (DDRI) grant from the Social, Behavioral, and Economic Sciences (SBE) Directorate of the National Science Foundation (NSF) to perform research that would build on this finding. DDRI grants

---

[1] Croteau, J., & Park, J., Same-kind Bias for Small Number Words. *Child Development* (revised and resubmitted) https://doi.org/10.31219/osf.io/xv2zp_v1.
A video of the task in the study is here:
https://www.youtube.com/watch?app=desktop&v=KOg7OwRTC1o.
A video discussing the results of the study is here:
https://www.youtube.com/watch?v=G-jZWfH47ME.

support doctoral students by paying for research related costs, like participant compensation and research software/equipment, required to undertake research that has the significant potential to extend our understanding of basic science. Acquiring a DDRI grant during doctoral training is a prestigious achievement and signals to academic employers, like Principal Investigators, hiring committees, and Deans, that your research is both impactful and fundable.

5. My grant application proposed two empirical studies to investigate a question raised by my 2023-2024 study. Specifically, the project would investigate (1) why children interpret number words with a same-kind bias, (2) how that bias changes across development, and (3) why the bias wanes as children master counting skills. The project would minimally recruit 200 three- to six-year-olds to measure how they perform a set of tasks designed to answer these questions. The results could help cognitive scientists understand why children have more difficulty learning number words relative to other kinds of words. The project also had the potential to inform theories of language acquisition, formal semantics, and early math education.

6. The project requires thousands of dollars in funding for supplies, travel expenses, an undergraduate research assistant, and compensation for the families who participate, including a playgroup and a series of parent education events.

7. I put 180 hours of work into the application, which spans 46 pages, including a summary of the literature on which the proposal builds, a description of the experiments I would undertake, and a complete budget for the project. I met with community partners and liaisons, like the Children's Museum at Holyoke and the Westfield Branch of the Coordinated Family and Community Engagement (CFCE) network, to establish relationships to support the grant work. In advance of preparing the proposal, I also had to develop the hypothesis, frame how the project would intervene in the existing scholarship, and design the experiments. I solicited and received

positive constructive feedback on my grant proposal from several independent cognitive scientists prior to submission.

8. A panel of reviewers rated the project as "competitive," noting that it "address[es] an important debate in theories of number word acquisition and formal semantics by advancing [an] innovative hypothesis," that the "research plan is clear," "well-rationalized," "supported by a concrete timeline and anticipated results," and that the project "demonstrates potential to significantly advance understanding of the mechanisms of number word acquisition and the interface between syntax, semantics, pragmatics, and cognition."

9. Applicants typically hear back about DDRI applications in January of the year following the submission of the application. In January 2026, my advisor and I received an email from the SBE program officer assigned to the proposal, asking whether we would be willing to meet over Zoom to discuss the proposal.

10. We met with the program officer the following week. He told us that the proposal was recommended for funding, but the government was holding back the funds necessary to fund it. He said that this had happened in 2025, and the government had released the funds at the last minute. He suggested that it would be helpful to write a description of how the project fit into the administration's priorities, like artificial intelligence, but to wait for further direction from him.

11. Given the proposed research investigated the acquisition of number words and that such words are especially difficult for current A.I. systems, we felt our work would be in close alignment with the federal funding directives.

12. In April 2026, NSF announced that it would be closing out the SBE Directorate.

13. On June 17, 2026, NSF rejected my grant application. The program officer wrote that the decision was "based on [NSF's] current priorities and the availability of funding

mechanisms supporting this area of research." The message concluded: "As you consider the next steps, you may want to keep in mind that the agency is undergoing a mandatory reorganization. It is still uncertain how programs like Linguistics will be impacted. We are currently not able to accept proposals (either new or resubmitted), as there is no solicitation. We await publication of new solicitations, and do not have a timeline for when that may happen."

14. If the grant had been awarded, I would have been able to stay in my Ph.D. program an additional year to conduct additional research. This time would have been focused on converting research results into published journal manuscripts, conference presentations, and establishing relationships with potential postdoctoral collaborators and mentors. It also would have allowed me to prepare a postdoctoral training plan. Instead, I had to graduate much earlier than I would have otherwise because I could not get funding for my research, and I needed to find a job to support my family and have health insurance. Graduating on the accelerated trajectory I did was incredibly harmful to my mental health and physical well-being.

15. After graduation, I had hoped to do a postdoctoral fellowship. A postdoctoral position is a part of the standard pathway to an academic position like an assistant professorship. Postdoctoral research positions are short-term appointments that allow a researcher to establish scientific independence from their primary supervisor and gain training in a new area of research. It is almost impossible to receive a faculty position at a research university or liberal arts college without at least one substantial postdoctoral appointment.

16. However, in 2026, NSF is no longer offering postdoctoral fellowships for the social, behavioral, and economic sciences, even though it continues to offer those fellowships through the other directorates that remain open.

17. Unable to pursue a postdoctoral fellowship and out of research funding, I accepted a position as a lecturer at the University of Massachusetts Amherst on July 17, 2026.

18. If the SBE Directorate were still accepting applications, I would apply for a postdoctoral fellowship. But the window to do so is rapidly closing. When the SBE Directorate offered postdoctoral fellowships, applicants were eligible to apply only if they had received their Ph.D. within three years of the application deadline. Because I graduated in September 2026, I would no longer be eligible to apply after September 2029.

19. I have several concrete projects that I would submit to the SBE Directorate if it were still accepting proposals. In addition to the proposal that I developed for the DDRI grant, I have another proposal that would study the role of ostension—i.e., communicative signals, like gestures, eye contact, and intonation, that indicate whom a speaker intends to receive a message—in infant language development. It proposes two studies designed to investigate whether ostension simply directs infants' attention toward communicative information or whether it shapes the content of the mental representations infants construct during word learning. The results could have significant implications for scientific understanding of infant language acquisition.

20. I have already developed much of the grant proposal for this project, including research aims, readings, and an outline of experimental plans, and I have lined up faculty sponsors.

21. If the SBE Directorate were still open for applications, I would also reapply for funding for an updated version of the project that formed the basis of my DDRI proposal.

22. Although I will apply to other funding sources for these projects, I will need to change the proposals to fit the requirements and preferences of those other funders. The SBE Directorate was one of the few funding sources that would have allowed me to pursue the basic scientific research for which I originally conceived these projects. Furthermore, U.S.-based

postdoctoral training funding in psychology comes almost exclusively through two sources: the NSF (via the SBE directorate) and the National Institutes of Health (NIH). But NIH, which is focused on science that has the capacity to improve public health, generally does not fund basic psychological science research.

23. Because the SBE directorate remains closed, I am unable to seek additional research or postdoctoral training funding. Establishing an independent and productive research program is of paramount importance to be competitive for a tenure-track position at a research university or liberal arts college. Instead of developing my research program, I am employed in a temporary teaching-focused lecturer position that I took to ensure my family received adequate health insurance coverage while I figured out how to adapt my career plans to a completely unprecedented and politically targeted shutdown of basic science research.

24. The research projects I proposed to complete in my DDRI, and that I would pursue through a postdoctoral fellowship, are time-sensitive. To determine the developmental trajectory of the same-kind bias for number words, I would need to complete a longitudinal study. I collected the first wave of data in April 2025 and I had projected beginning Wave 2 of data collection in April 2026; however, I am unable to collect additional data without a way to compensate participants. Standard analyses of longitudinal data require at least three waves of data collection and regularly spaced intervals between waves; for example, the gap between Wave 1 and 2 should be equivalent to the gap between Wave 2 and Wave 3 data collection. This means that the longer Wave 2 data collection is postponed, the longer Wave 3 will need to be postponed. This results in the entire project taking more time than expected and may result in children ageing out of the critical window we are interested in. Furthermore, if the SBE Directorate remains closed, conducting this research will cost 3 times as much ($10,000 more) because the software program

we intended to use, Children Helping Science, is supported by grants from the directorate. Unless the directorate continues to award grants, the software will no longer be free or open access beginning in January 2027.

25. Furthermore, the lack of grant funding threatens to damage my career in ways that I cannot repair later. The longer I cannot proceed with my research, the more I lose critical time that I could be publishing, presenting my research at conferences, and building my professional credentials networks. As time passes, my research also becomes more likely to lose relevance or become obsolete—for example, because other scientists may conduct similar studies.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of November, 2026, in Westfield, Massachusetts.

Jenna Croteau