# Exhibit 9

**DECLARATION OF DR. [redacted] (JOHN DOE)**

1. I am a professor in the behavioral sciences at a major research university in the United States. I am over 18 years old. I submit this declaration under a pseudonym. The facts below are based on my personal knowledge.

2. I received my Ph.D. in psychology in 2004. Over the past two decades, I have held faculty positions across the behavioral sciences at three major research universities. My research examines how people make judgments and decisions, how they assess what they know and don't know (a field called metacognition), and how they learn and reason about causes. I have published more than 75 peer-reviewed articles, as well as multiple books for general audiences. I am a member of Society of Judgment and Decision Making and the Association of Psychological Science, member societies of the Federation of Associations in Behavioral and Brain Sciences (FABBS). I have received multiple awards for both my research and my teaching.

3. The NSF has supported my research at several points in my career. I received a National Science Foundation Graduate Fellowship Award which paid for graduate school and jumpstarted my career, as it does for many other social scientists. I have received NSF SBE research grants as a principal investigator, both when I was a junior scholar and as a senior faculty member, and SBE has funded dissertation research by students I advised.

4. In recent years, my research has increasingly focused on how artificial intelligence and other technologies change the way people think, and the application of these changes in thought patterns to influence real world domains, such as educational outcomes. I have also developed courses on how the use of technology influences thought, which train students about how to think about technology adoption that supports their goals.

**Pending SBE Proposal**

5. In August 2025, I submitted a proposal to SBE's Decision, Risk, and Management Sciences program. The proposed budget included support for a graduate student and several undergraduate research assistants. This project would investigate how digital technologies, including internet search and large language models, shape higher-order human cognition at both individual and collective levels. The research would address a critical gap in the literature: the conditions under which tools that improve individual cognitive performance may simultaneously impair collective outcomes. The results could contribute foundational knowledge about the cognitive mechanisms underlying digital homogenization and offer a novel framework for understanding how technology affects distributed cognition and group performance.

6. After the proposal had been pending for 10 months, I called the program officer on June 30, 2026. The program officer told me the proposal had been recommended for funding, and that in the past, every proposal the program had recommended for funding had been funded.

7. As of the date of this declaration, my proposal remains pending. If the SBE Directorate closes, however, there is no obvious path by which the project could receive funding through NSF.

**Urgency of Research**

8. My current proposal studies human-AI interaction and collective cognition. My earlier research found that, before AI tools became widely available, using the internet made people individually more creative. People who used the internet came up with more ideas than people who did not use the internet. But people who used the internet tended to come up with the same ideas, so groups as a whole became less creative. Several other research groups have since

found the same pattern also emerges with AI use, and have extended the pattern from idea generation to writing style, what people choose to write about, and engineering design.

9. My SBE proposal examines a broader version of this problem. AI tools are designed to give each individual user the best answer, not to produce the best outcome for a group. Consider a game in which a player guesses a number between 1 and 100 and is told after each guess whether the answer is higher or lower. An AI tool will advise guessing 50, because that rules out half the possibilities at once. People who don't use AI rely on different strategies that, on average, require more guesses to arrive at the right number. But in many real-world settings, the goal isn't to minimize the average number of guesses of individuals. It is for someone in the group to find the answer as quickly as possible. In those settings, groups whose members use a variety of strategies do better than groups whose members all follow the same AI advice.

10. This observation has enormous practical implications. Drug development is one example. The search for new treatments benefits when scientists pursue different approaches, whether they work at the same company or at competing companies, rather than all taking the same, AI-recommended, "optimal" path or starting point for any given researcher to maximize their individual chance of success. Behavior that is best for each individual can produce worse outcomes for everyone, much like a tragedy of the commons.

11. This has direct consequences for how AI systems should be designed. If labs like mine had funding to research this homogeneity problem, it could lead to applied research and development designed to address the issue, so that AI developers and the industries that use their models do not settle into a rut in which individuals use the same AI-informed strategies, but we lose the collective efficiencies that are so critical to discovery and innovation. AI companies could develop novel training strategies to address the issue; or behavioral scientists and companies might

develop training to help firm employees to use AI in ways that avoid this problem. But because this basic research is not being funded, these stakeholders lack the foundational research to craft these solutions.

12. The need to conduct this research is time-sensitive for several reasons. First, AI models being developed and integrated into workflows across industries, government, and other institutions rapidly. More companies are building AI into how they develop products every day. Once those systems and practices are in place, they are hard to change, and the problems my research would identify become harder to correct. It does not take long for research like mine to arrive too late to influence how these systems are built and used. If I cannot do this research now, I lose the chance to produce results that are still relevant and can still be acted on.

13. I have seen firsthand how quickly research on AI can be overtaken. Previously, my lab compared how self-aware an AI model is about what it knows and does not know with human self-awareness about their own knowledge. We found large differences between the model and humans. But shortly before our work was published, a newer AI model was released and it performed as well as humans. Our findings about the earlier model changed from serving as an understanding of human-AI discrepancies to serving as a benchmark of the evolution of AI systems. The work has still been somewhat influential, partly because it shows how AI abilities are changing over time and partly because we were able to document how AI uses different approaches to reach comparable accuracy to humans (which suggests that there are ways to harness the differences between humans and AI to do better than either could do independently). But that kind of insight depends on measuring each generation of AI while it is in use.

14. This path dependency poses problems in the education context. Students' instincts about how to use AI for learning are poor. When students are given access to AI without guidance,

many offload their homework off to it, learn little, and do worse on tests. This has led many people to conclude that AI has no place in education. But when students' use of AI is properly structured, based on an understanding of how AI changes the way people think, AI can transform education for the better. For example, AI can create lessons tailored to the level appropriate to each student, despite large variations in skill levels within the same classroom. But if critical research on these alternative uses cannot proceed soon, school systems will become less willing to adopt them.

15. Each school year without this research costs something that can't be recovered. A cohort of students learns less than they should and pick up habits that are hard to unlearn. Teachers who conclude that AI is harmful ban it instead of learning how to help students use it well, and once people form that belief, it is hard to change. Colleges and universities are also adopting AI policies now, and the longer those policies stay in place, the harder they become to revise.

16. My lab is trying to do research on how AI can be used to improve learning, but we cannot do it without funding.

17. The same dynamic plays out across many uses of AI. When research on how best to use new tools falls behind how people actually start using them, the result is inefficiency, at best, and real harm, at worst. My lab has traditionally done a great deal of work on these sorts of challenges, especially in education. Recently, because of funding shortages, the pace at which we can do research in this area has greatly declined.

18. The research is time-sensitive for a second reason: the need to collect data about AI's effects on human behavior in real time. As time passes, systems develop, and people change in response, we lose critical opportunities to measure those changes and evaluate how and why they occurred. This is especially problematic because exposure to particular AI models can have effects on people's thinking that last after the model itself has been replaced. For example, relying

on a model may weaken skills people would otherwise use, a kind of cognitive atrophy. Like depression or anxiety, those effects don't necessarily disappear when their cause goes away. Once a model is retired, researchers cannot go back and observe how people used it or how it affected them.

19. For this type of critical basic social science research, there is no realistic substitute for SBE funding. Other federal agencies do not fund this kind of basic research, and technology companies either will not fund it or would fund it only if the results remained proprietary. Other sources of funding, such as Foundations, have been overloaded with proposals as scholars try to keep their labs running with a sudden dearth of NSF funds. For example, the Spencer Foundation recently announced that they are not going to be funding any new grants in the upcoming cycle because they cannot keep up with the number of applications they are receiving, and need to revise their entire funding model (which both serves as evidence of the inadequacy of alternate funding sources, and further increases reduces the number of alternative sources available).

**Effects on My Lab and Graduate Admissions**

20. From 2020 through 2024, my lab typically had three to five graduate students as primary or secondary advisees in a given year. Today it has none. Although I work on side projects with students who are supported by other labs, the research on the questions in my proposal has largely stalled.

21. Graduate admissions run on a fixed calendar. Prospective students apply in December, and admissions decisions are made in January or February. I cannot admit a student without being able to guarantee their funding. My pending SBE proposal included graduate student support for the next several years, but I have no idea whether or when that funding will come. If I cannot obtain funding for graduate students by the time admissions decisions are made in January

or February, I am unlikely to be able to admit graduate students in the coming admissions cycle and I will not have any graduate students next year either.

22. A missed admissions cycle cannot be made up later. Students who would have joined my lab will go to other labs or other fields, and some will never become scientists at all. Funding that arrives after this cycle cannot bring back the students I was unable to admit or the research they would have done. In a typical year, more than two dozen students apply to join my lab, and based on preliminary email inquiries, I expect a similar number this year. However, I am transparent about the funding situation with prospective students who reach out to ask about the lab, and the uncertainty regarding lab funding may lead some promising candidates not to apply.

23. Two postdoctoral researchers and approximately half a dozen undergraduate research assistants currently work with me. The post-doctoral students are funded by Foundation grants, both of which will expire after the 2027/2028 academic year. Both work on issues that could have been partially supported by the SBE funding, and thus the nature of their research has been impacted as well. It is always difficult to project that academic job market, but it is highly plausible that these funding issues will impact their publication rates and consequently their competitiveness for academic positions. Every year I have more undergraduates apply to work in my lab than I can fund (this was true before the funding issues at SBE, but has been exacerbated by the SBE situation). As a result, they are unable to gain research experience, which may lead them to be less likely to pursue science as a career, or less competitive for admission to graduate study should they decide to follow a scientific path.

**Effects on Career and Reputation**

24. The loss of SBE funding is also harming my own career. Without funding or graduate students, my lab is publishing less. Scientists build their reputations on publications, and

funders look for a record of recent work when deciding whether to support future research. Publishing less now makes it harder to win grants later, which in turn makes it harder to publish.

25. In a field moving this fast, my research also risks becoming obsolete. Research groups in Canada and Europe have already published findings on questions my lab planned to study, work we could have done had the proposal been funded.

26. These impacts hit early-career researchers especially hard. Junior faculty must build a record of publications and outside funding on a fixed schedule before their tenure review, and a gap in either can cost them their jobs. Graduate students and postdoctoral researchers depend on grant-funded positions to finish their training and launch their careers. For them, losing SBE funding can mean leaving science altogether.

**The Cost to Science and the United States**

27. Research like mine is inexpensive by the standards of federal science. Yet the questions this research addresses are among the most consequential of our time. How AI changes the way people think, learn, and decide will shape how it is designed and used in schools, workplaces, hospitals, and everyday life. Other countries recognize this. Researchers in Canada and Europe are already publishing work that American scientists could have done.

28. Without SBE, the United States is stepping back from this research at the moment it matters most. The observations not collected now cannot be collected later. The students not trained now will not become the scientists the country will need. And the knowledge that should guide how Americans use AI will be produced elsewhere, if it is produced at all. We will not get this time back.

29. I am submitting this declaration under a pseudonym because my grant application with NSF is still pending, and if the SBE Directorate reopens, I will likely submit future grant applications. I fear that I may be subject to retaliation if my name is made public.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of November 2026,

[redacted]

(John Doe)