# Exhibit 10

**DECLARATION OF DR. JONATHAN B. FREEMAN**

1. I am a Professor of Psychology and Chair of the Department of Psychology at Columbia University. I am a member of the Board of Directors of the Federation of Associations in Behavioral and Brain Sciences (FABBS), a member of the Society of Experimental Social Psychology (SESP), and a member (and former Treasurer) of the Social and Affective Neuroscience Society (SANS). I am over 18 years old, and I make this declaration in my individual capacity, based on my personal knowledge and professional experience. I am not acting on behalf of Columbia University, and the statements in this declaration do not represent the views or positions of the University.

2. I am a social psychologist and social neuroscientist. I received my Ph.D. in experimental psychology from Tufts University in 2012. My research examines the cognitive and neural processes underlying human social perception and interaction, including how people perceive, understand, evaluate, and relate to others; how we form and update inferences about others' personalities, mental states, emotions, intentions, and social identities; and how these processes are shaped by prior knowledge, social experiences, and the broader social and cultural environment. My lab investigates these processes using behavioral experiments, large-scale online data collection, computational modeling, and functional brain-imaging. My research has been recognized with numerous honors and awards.

3. The National Science Foundation's (NSF) Directorate for Social, Behavioral, and Economic Sciences (SBE) has played a foundational role in sustaining my scientific research throughout my career and up to today. My reliance on the Directorate's support began during graduate school, when I received an NSF summer research fellowship (Award No. 1107874, 2011–2012) that enabled me to travel across the world to conduct cross-cultural brain-imaging research

examining how social and cultural factors shape the brain's visual processing systems. The fellowship played an important part in launching my scientific career.

4. My current research program has relied on substantial and sustained support from SBE for more than a decade. I have received three NSF SBE research grants as principal investigator, totaling over $2 million (Award Nos. 1423708, 2014–2017; 1654731, 2017–2022; and 2235130, 2023–2026, as originally scheduled). This includes the NSF Faculty Early Career Development (CAREER) Award, which provides five years of support to establish a junior faculty member's independent research program and is described as NSF's most prestigious award for early-career faculty. Together, these grants have allowed my lab to remain nearly continuously funded by NSF since shortly after I established it in 2012. I have also served as the faculty sponsor for two NSF SBE Postdoctoral Research Fellowships (Award Nos. 1911860, 2019–2022; and 2104594, 2021–2023), funding two promising scientists so they could join my lab as postdoctoral researchers and supporting their training and career development. Postdoctoral researchers play a critical role in sustaining my lab's scientific work, and fellowships like these are essential to funding such positions.

**Unrecoverable Loss of Time-Sensitive Scientific Opportunities**

5. Increasingly, my research is examining how social media and artificial intelligence (AI) are transforming human social behavior, including how we perceive other people, form social judgments, develop relationships, and construct mental representations of our social world. I am particularly interested in how algorithmically curated social information shapes our impressions of others, and how interactions with increasingly humanlike AI systems may change the way people understand and respond to both AI agents and other human beings.

6. We are presently witnessing what may be one of the most consequential transformations of human social interaction in modern history. OpenAI launched ChatGPT in November 2022. Only four years later, AI systems have become embedded in the daily lives of hundreds of millions of people. In a nationally representative survey conducted in February 2026, the Pew Research Center found that approximately half of U.S. adults had used AI chatbots, with roughly one-quarter reporting daily use.[1] These technologies are developing at extraordinary speed, with new capabilities and forms of human–AI interaction emerging continuously.

7. Importantly, AI is no longer functioning merely as a tool for retrieving information or completing tasks. It is increasingly becoming a social actor in people's lives. The American Psychological Association's October 2026 *Stress in America* report found that 49% of AI users had engaged in conversations with AI as a friend, and 47% had used AI in a role comparable to that of a mental-health professional. One in ten users reported relying on AI for advice even more than on their friends and family.[2] A separate nationally representative Kaiser Family Foundation survey found that approximately one in six American adults had used AI for mental-health information or advice in the preceding year.[3] These findings illustrate the remarkable extent to which people are already turning to AI systems for forms of interpersonal interaction, emotional support, and guidance traditionally provided by other human beings.

---

[1] Jeffrey Gottfried, et al., Pew Research Center, Americans and AI 2026: Chatbots, Smart Devices and Views on Impact (June 17, 2026), https://www.pewresearch.org/internet/2026/06/17/americans-and-ai-2026-chatbots-smart-devices-and-views-on-impact/

[2] American Psychological Association, Stress in America 2026, https://www.apa.org/pubs/reports/stress-in-america/2026.

[3] Alex Montero, KFF Tracking Poll on Health Information and Trust: Use of AI For Health Information and Advice, KFF (Mar. 25, 2026), https://www.kff.org/public-opinion/kff-tracking-poll-on-health-information-and-trust-use-of-ai-for-health-information-and-advice/.

8. As a scientist studying the cognitive and neural foundations of social perception, I believe these developments raise urgent and fundamental scientific questions. To what extent do people perceive and mentally represent AI systems as social beings? How do interactions with AI agents change our expectations of human relationships, our willingness to trust others, or our interpretations of other people's emotions and intentions? How might repeated exposure to seemingly empathic, agreeable, or socially responsive AI systems alter the cognitive and neural mechanisms through which we understand other minds? The answers have profound implications for the future of human relationships, social development, and psychological well-being.

9. These questions must be studied while this transformation is occurring. The emergence of AI as a social presence represents a historically unusual opportunity to observe how people initially develop relationships with a fundamentally new form of social agent, and how their social cognition changes as those interactions become routine. Research conducted during this formative period can establish baseline measurements, follow individuals over time, and identify how new patterns of social behavior emerge as AI capabilities and adoption evolve. For example, researchers can measure how people initially perceive and interpret AI's emotions, intentions, and apparent understanding of their feelings, how their brains respond to these interactions compared with interactions with other people, and whether these processes change as people increasingly turn to AI for companionship, advice, or emotional support. Once these initial experiences have passed, they cannot be experimentally or observationally reconstructed.

10. This is analogous to the emergence of social media platforms such as Facebook, Instagram, and TikTok, which fundamentally transformed how people encounter information about others, make social comparisons, and maintain social relationships. We are now confronting the consequences of that transformation. While social media has created extraordinary

opportunities for human connection, growing evidence has raised serious concerns about its effects on self-esteem, particularly among young people, and its potential contribution to widespread loneliness and social disconnection. These concerns have now prompted numerous lawsuits against major social media companies brought by state governments, school districts, and families alleging that platform designs have contributed to a youth mental-health crisis. My own research is increasingly concerned with how social media may interact with preexisting psychological vulnerabilities and other risk factors to leave certain individuals feeling progressively more isolated, even in an ostensibly more connected world. Yet our scientific understanding of these changes remains constrained by the lack of systematic data collected during social media's earliest stages of adoption. Without measurements of individuals before and during its formative period, it is far more difficult to distinguish changes in social cognition and behavior associated with social media use from preexisting psychological differences or broader societal trends, and to identify the mechanisms through which those changes emerged. Moreover, had researchers been able to document how social cognition, relationships, and psychological well-being changed as these platforms first became widespread, that evidence might have informed public debate, technological design, and regulatory policies capable of identifying and mitigating harms before they became deeply entrenched.

11. We cannot recover those lost observations, but we have an opportunity to avoid repeating the same mistake with AI. Without research conducted during this formative period, we risk discovering the social and psychological consequences of widespread AI adoption only after the most consequential changes have already occurred.

12. The elimination of SBE's established funding opportunities directly impairs my ability to pursue this research. Studies of this kind require substantial resources to recruit and

repeatedly assess participants, capture their evolving patterns of AI and social media use, and measure associated changes in social judgments and brain activity. NSF's Social Psychology and Cognitive Neuroscience programs, housed within the SBE Directorate, have historically provided essential funding for precisely this kind of foundational research.

13. Other NSF directorates do not provide an equivalent funding mechanism for basic research investigating how emerging technologies transform fundamental human social cognition. Nor are their review panels generally composed of scientists with the relevant expertise to evaluate such research on its scientific merits, making these proposals substantially less competitive even when they incorporate neuroscientific or computational methods. Nor can the National Institutes of Health, whose research priorities principally concern health and disease, replace NSF's support for basic research on social behavior.

14. If SBE's established funding programs remained operational, I would submit proposals in 2027 for at least two specific research projects (recognizing, of course, that any funding would depend on the outcome of NSF's competitive peer-review process). First, through SBE's Social Psychology program, I would seek funding for a longitudinal study examining how individuals' perceptions of AI agents, including their apparent intentions, emotions, trustworthiness, and capacity for social understanding, develop as people begin interacting with these systems regularly. The project would recruit individuals with little to no prior experience using conversational AI, establish baseline measurements of their social cognition and relationships, and follow them over time as their interactions with AI evolve. This research would allow us to identify how people initially come to perceive AI systems as social agents and whether these changes extend to how they perceive and relate to other human beings.

15. Second, through SBE's Cognitive Neuroscience program, I would seek funding for research using functional brain-imaging, behavioral experiments, and computational modeling to examine how the human brain represents and responds to AI agents compared with other people. In particular, this project would investigate whether the neural processes involved in perceiving and inferring other people's emotions, intentions, and mental states are similarly engaged when interacting with AI, and whether those neural representations change as individuals gain experience with these systems.

16. Both projects would extend my lab's longstanding research on the cognitive and neural mechanisms of social perception, using methods and approaches that my research team has already developed and employed extensively. Critically, the scientific value of these projects depends in large part on studying this transformation while it is unfolding. The loss of opportunities to pursue this research now risks forfeiting a time-sensitive window to measure individuals' early experiences with AI, including the psychological and neural processes that may subsequently change as AI interactions become commonplace.

17. Every additional month without a functioning SBE funding mechanism represents a loss of scientific opportunity that cannot be remedied by funding awarded years later. Americans beginning to develop close relationships with AI agents today will no longer be experiencing those first encounters a year or two from now. AI systems themselves will have changed, as will the social norms and expectations surrounding their use. Funding restored in the future cannot recover those missing baseline measurements, recreate earlier technological conditions, or reconstruct the psychological and neural changes that occurred during the intervening period.

**Irreversible Harm to Scientific Training and Early-Career Researchers**

18. The loss of SBE's funding programs is also directly threatening my ability to support and train the next generation of scientists. I currently mentor a highly promising postdoctoral researcher who previously applied to NSF's SBE Postdoctoral Research Fellowship program and had planned to revise and resubmit his proposal. That program is no longer accepting applications, depriving him of a critical opportunity to secure independent support for his research and continued scientific training. Eligibility for this fellowship is limited to researchers who received their doctoral degree within the preceding three years. Thus, even a temporary disruption to this program can permanently deprive an entire cohort of promising young scientists of the opportunity to compete for this critical support, as they may become ineligible before the program is restored. My postdoctoral researcher received his Ph.D. in 2024, and his eligibility window will expire in 2027. If I am unable to obtain alternative external funding, and he does not secure a tenure-track faculty position, I will be unable to continue funding his postdoctoral appointment beyond July 1, 2027. This would prematurely interrupt his scientific training and research at a formative stage of his career and could jeopardize his ability to continue in academic science altogether. This postdoctoral researcher is precisely the kind of promising young scientist whom NSF's SBE Postdoctoral Research Fellowship program was designed to support. Losing his contributions would also directly harm my lab's research and scientific progress.

19. I also have numerous prospective Ph.D. students applying to Columbia University's Department of Psychology who hope to conduct research under my mentorship. Historically, the NSF Graduate Research Fellowship Program (GRFP) has provided an essential pathway for outstanding students pursuing fundamental research in Social Psychology and Cognitive Neuroscience. Although these fields remain formally designated as eligible, SBE's removal from

the participating directorates raises serious concerns about whether students pursuing basic social and behavioral science will receive appropriate consideration and support. This is particularly consequential because students entering graduate school directly from college typically have only two annual opportunities to obtain an NSF Graduate Research Fellowship: during their final undergraduate year and during their first year of graduate study. Once they progress beyond that stage, they become ineligible to apply. Thus, even a temporary disruption to fellowship opportunities for SBE researchers could cause an entire cohort of promising young graduate students to permanently miss this critical source of support at the outset of their scientific careers. Restoring these opportunities years later cannot restore their eligibility or recover the training and research opportunities lost during this formative period.

20. I am also particularly concerned about the consequences for early-career faculty. I received an NSF CAREER Award in 2017 and know firsthand how transformative this prestigious award can be. Beyond providing five years of substantial research support, it establishes an early-career scientist's independent research program, helps build a lab, supports graduate students, and provides important national recognition. In my experience, securing prestigious external funding, including an NSF CAREER Award, can carry considerable weight in universities' evaluations of junior faculty for tenure and promotion. With the disappearance of SBE's funding programs, junior faculty whose work concerns fundamental social and behavioral science are losing a critical pathway to this recognition and support. Because CAREER Awards are restricted to early-career faculty, these opportunities are time-limited: a tenure-track professor who loses the opportunity to compete during the years in which they are eligible cannot simply recover that opportunity after they have advanced beyond the eligible career stage. The consequences may include weaker

research programs, reduced competitiveness for tenure, and, in some cases, the premature end of otherwise promising academic careers.

## Conclusion

21. The resulting harm of dismantling NSF SBE's funding infrastructure extends far beyond the delay or loss of particular grants. It threatens both the scientific workforce that our nation has invested decades in developing and the loss of scientific knowledge during a historically consequential transformation of human society. The elimination of SBE jeopardizes the careers of promising scientists at every stage, from graduate students to postdoctoral researchers and junior faculty, while simultaneously preventing research into some of the most important changes in human cognition and behavior occurring today. In my professional judgment, these losses cannot simply be repaired by restoring funding in the future. Scientific careers interrupted, time-limited opportunities for professional advancement lost, and crucial periods of social transformation left unstudied may never be recovered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of Nov., 2026, in New York, NY.

[signature]

Jonathan B. Freeman