# Exhibit 11

# DECLARATION OF NICHOLAS A. VALENTINO

1. I am a Professor of Political Science at the University of Michigan and a Research Professor in the Center for Political Studies (CPS) at the University's Institute for Social Research. I am currently a Principal Investigator of the American National Election Studies (ANES). I am over 18 years old, and the facts in this declaration are based on my personal knowledge. I submit this declaration in my personal capacity only and not as a representative of my university.

2. I received a B.A. from Brown University and a Ph.D. in political science from the University of California, Los Angeles. I joined the University of Michigan faculty in 1997. I took a faculty position at the University of Texas at Austin in 2007; I returned to Michigan in 2009.

3. I study how people form political opinions and decide whether and how to participate in politics. I also study how emotions and group identities shape political attitudes. My research uses experiments, surveys, and analyses of political communication, and it has been published in the American Political Science Review, the American Journal of Political Science, the Journal of Politics, Public Opinion Quarterly, and other leading journals. I have also co-authored two books.

4. In 2026, I was elected to the American Academy of Arts and Sciences. I served as President of the International Society of Political Psychology from 2019 to 2020. I have served on the ANES Board since 2010 and previously served as an Associate Principal Investigator of the ANES before becoming a Principal Investigator. In sum, I have been involved with the ANES for 16 years in various capacities.

## American National Election Studies (ANES)

5. The ANES is the country's longest-running academic study of American citizens' public opinion and voting behavior and has been the gold standard for survey sampling and

measurement techniques in the United States since 1948. NSF has continually funded it as a national research resource since 1977. The ANES celebrated its 75th anniversary in 2024.

6. Today, the ANES is run as a collaboration among four universities (University of Michigan, Stanford University, Duke University, and the University of Texas at Austin). I serve as a Principal Investigator.

7. The ANES is based at the Center for Political Studies, part of the University of Michigan's Institute for Social Research. The Center's history is closely tied to the ANES, which has been its main project for decades. Unlike most units at the University, the Center receives its grant funding directly as a standalone research center. The Center employs approximately 50 faculty and 20 staff members, in addition to more than 2 dozen graduate students currently working on their dissertation research. The ANES generates the largest share of financial support for the center compared to any other current research project.

8. In each presidential election year, the ANES surveys Americans before and after the election, using methods designed to achieve high response rates and nationally representative samples. It asks many of the same questions in the same way from one election to the next, so that researchers can measure how Americans' attitudes and behavior change over time. The ANES releases its data as soon as possible to the public at no cost. During data collection, the study employs hundreds of interviewers and dozens of management staff, statisticians, research faculty, and graduate students over several months. The production of data deliverables ready for public use takes months after the last interview is collected, because the data must be carefully organized and anonymized to protect the privacy of every respondent.

9. The ANES is among the most widely used sources of data in the social sciences. More than 10,000 publications have used ANES data since the survey began. In 2025 alone, users

downloaded ANES data about 30,000 times, and tens of thousands of people visited the website. ANES data appear in high school and college textbooks and are widely used by journalists and policymakers.

10. The ANES is one of three long-running national surveys, often called the "Big Three" of American social science. The others are the General Social Survey (GSS), which has tracked Americans' social attitudes, employment, economic decisions, and life satisfaction since 1972, and the Panel Study of Income Dynamics (PSID), which has followed the economic lives of the same families and their descendants since 1968. NSF has long funded all three and has described them as national resources for research and teaching.

11. These surveys are valuable precisely because of their continuous operation over a long period of time. Because each has asked the same questions in the same way over decades, researchers can use these surveys to measure long-term change that no single study could capture.

12. The ANES has documented the long and precipitous decline in Americans' trust in government and other institutions, including the courts, the criminal justice system, and the police, and the rise of "affective polarization," meaning citizens' growing dislike of people in the other party. The study has also measured the impact of personal and national economic perceptions on voting behavior over generations. Those trends can be measured only because the ANES asked the same questions, at the same point in each election cycle, for decades. In the coming years, the study would have dedicated space for understanding the public's use and concerns about AI, and their opinions about various problems facing the nation, including those regarding climate change.

**Disruption of ANES's Funding**

13. NSF funds the ANES through multiyear grants that are competed every four years, each covering one presidential election cycle. The previous grant provided about $14 million to

conduct the 2024 study. Running the ANES requires roughly $4 million to $5 million per year, with most of that spent in the presidential election year, when it fields the main surveys. In non-election years, resources are needed to support the staff in their efforts to deliver the data to the public and compile reports about the methodological quality of the samples, to improve both the study itself and other nationally representative studies like the GSS and the PSID.

14. NSF was expected to issue a call for proposals this fall for the next four-year cycle, which would cover the 2028 election. It has not. Based on conversations with people who have direct knowledge of the matter, the closure of the SBE Directorate will prevent such a call from being issued, and the grant for ANES will not be renewed.

15. If ANES's funding is not renewed, we will not be able to conduct the ANES during the 2028 election, meaning that political scientists and other scholars will lack access to data that would have informed a diverse array of research based on the election. Our current funds will support only the completion of the 2024 study, through the summer of 2027.

16. Our current funding runs out in July 2027. Winding down a study of this size responsibly takes about six months. If we do not have funding for the next cycle by February 2027, we will have no choice but to begin shutting the ANES down then.

17. The February 2027 date is not an arbitrary early deadline. An orderly shutdown protects the value of the ANES and of the research that depends on it. Before our funding ends, we must document in great detail each of the staff's roles, the calendar of deadlines that occur throughout the four-year cycle, the structure and responsibilities of the Advisory Board, and the best practices for building surveys because more is learned about measurement in each cycle. The website and data servers must be brought offline and archived. The staff, faculty, and students must remove project materials, equipment, books, and personal belongings from CPS so their

offices can be repurposed. Current respondents for ongoing panel studies must be informed that the project is being shut down. That work requires the staff who know the study best, and it cannot be done once they are gone. Without enough time to do it, more than 75 years of ANES data could become less valuable and far harder for researchers to use.

18. Therefore, funding that arrives after February 2027 will likely come too late to save the 2028 study. Once the shutdown begins, the staff will start leaving for other jobs, and the PIs will not be able to reassemble the team, hire a survey vendor, rebuild the sample, train interviewers, and put data collection in place in time for the 2028 election.

**What a Gap Would Do to the ANES**

19. One of the surest ways to destroy the value of a long-running time series is to put a gap in it. If the ANES does not collect data in 2028, there will be no ANES record of how Americans thought and voted in the 2028 election, and that record cannot be created later. Voters' attitudes at the time of an election cannot be measured after the fact. People's recollections are unreliable, and later events change how they see the past.

20. A gap would also break the comparability that makes the ANES valuable. Each of the long-term trends the ANES tracks would be missing a data point at a consequential moment. If the study later resumes, researchers will have difficulty telling whether differences before and after the gap reflect real change in the public or changes in how the study was rebuilt.

21. A gap also destroys our ability to conduct timely analysis of rapidly evolving dynamics. For example, the 2024 ANES included a Social Media Study to gather data on the electoral consequences of news use and political advertising on social media by merging respondent attitudes with behavioral data. This kind of analysis depends entirely on capturing the

moment as it happens. Once an election cycle has passed, that window closes, and we will not be able to understand how such rapidly evolving dynamics affected political and voting behavior.

**Effects on the ANES Team and the Center for Political Studies**

22. When our funding runs out, the staff who run the ANES will lose their jobs and move on to other positions. Together, they have about 100 years of experience on this particular project. That expertise in conducting the ANES cannot be quickly replaced, and once the team disperses, it will be difficult to bring them back.

23. The loss of the ANES's funding is also an existential threat to the Center for Political Studies, within which I serve as a faculty member. The Center receives its grant funding directly from the NSF. The ANES grant, including the overhead it generates, is the Center's largest source of revenue. Losing that funding will harm scholars whose work the Center supports.

**Effects on Research in General**

24. The ANES matters well beyond the study of elections. Because it draws random, nationally representative samples and achieves high response rates, other researchers use it as a benchmark for their own work. Scholars who rely on other samples compare their results with the ANES to judge whether their samples are representative and their estimates are accurate. In that sense, other studies of American public opinion use the ANES as their baseline.

25. The ANES also shapes how research surveys are generally conducted. Its work on sampling and measurement is widely used by other researchers, and the ANES team continues to publish research on survey methods, including recent studies of why surveys struggle to estimate vote shares and of nonresponse in live video interviews.

26. Without a 2028 ANES, every researcher who relies on the ANES as a benchmark loses it for that election. Scholars studying long-term trends will be missing a key data point.

Graduate students and early-career scholars who planned dissertations and research projects around the 2028 study will have to abandon or redesign them, and teachers will lose current data for their courses.

**Other Funding Cannot Fill the Gap**

27. Since 1977, NSF has fully funded the ANES. Our universities provide some basic support for the PI to continue his or her own research while in charge of this study, but no funds are made available directly for the data collection or staff support.

28. At this time, the ANES has no funding from any source other than NSF. We are trying to raise private funds, but even if those efforts succeed, they will support at most a minimal version of the study, far short of what NSF funding made possible. Raising $4 million to $5 million a year from private sources by February 2027 is not realistic. The minimum study would need to compromise on a number of points. First, we would not be able to continue the Face to Face survey mode, in which interviewers visit respondents in their homes at their convenience. This mode consistently produces higher response rates, greater sampling representativeness, and better data quality than web, phone, or paper-and-pencil interviews. The minimum study would collect only a web sample. The typical set of studies would also interview close to 6,000 respondents all told, whereas the minimum study would hope to achieve 3,000. Finally, we would be forced to end the longest-running panel study in the history of the ANES. We asked the same nearly 2,000 respondents for their opinions in 2016, 2020, and 2024. By adding a final interview with these respondents in 2028, we would gain unprecedented clarity about the reasons for changes in vote choices and opinion over this critical period of American history.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __16__ day of November, 2026, in Ann Arbor, Michigan.

Nicholas A. Valentino