# Exhibit 12

**DECLARATION OF DR. MAUREEN A. CRAIG**

1. I am an Associate Professor of Psychology and Neuroscience at Duke University and one of the three principal investigators (PIs) of Time-sharing Experiments for the Social Sciences (TESS), a research platform funded by the National Science Foundation's (NSF's) Directorate for Social, Behavioral, and Economic Sciences (SBE). I am a member of the Society of Experimental Social Psychology (SESP) and serve on its Executive Committee. I am over 18 years old. I make this declaration in my personal capacity, based on my personal knowledge and my work on the team that administers TESS.

2. I received a Ph.D. in social psychology from Northwestern University in 2014, after earning an M.S. there in 2010 and a B.A. in psychology from Purdue University in 2008. I was a postdoctoral fellow in the Department of Psychology at The Ohio State University from 2014 to 2016. I then served as an Assistant Professor and later an Associate Professor of Psychology at New York University from 2016 to 2024. I spent the 2023-2024 academic year at Duke University on leave from NYU. I have been faculty at Duke since then.

3. I am a social psychologist. I lead the Diversity and Social Processes Lab at Duke, which studies how people navigate an increasingly diverse society, including how diversity and inequality shape people's attitudes toward members of other groups and their policy preferences.

4. SBE has supported my own research. As a graduate student, I was awarded a National Science Foundation Graduate Research Fellowship to support my graduate research. As faculty, I have been awarded two NSF Social Psychology grants to support my research program, including a Faculty Early Career Development (CAREER) award. These grants supported a series of experiments and surveys that I conducted to investigate the ways in which people think about social issues like inequality or discrimination and what predicts people's interest in working with

others on important social issues. The results of this SBE supported research produced 15 peer-reviewed publications thus far.

5. I was elected a member of SESP in 2019 and have served on its Executive Committee since 2024. I have served on multiple SESP committees in this time to ensure the smooth running of the organization and its annual conference. As an example, I served on committees that selected winners for the Distinguished Scientist Award and the Dissertation Award. In addition to administering award selection processes, I have organized a mentorship breakfast at the annual conference and attended Executive Committee meetings to discuss organization business and develop organization policies.

**TESS and Its Value to Social Scientists**

6. TESS was established in 2001 with NSF support to give social scientists a shared platform for running experiments on nationally representative samples of American adults. TESS was started by Arthur Lupia (University of Michigan) and Diana Mutz (University of Pennsylvania). Its current principal investigators are James Druckman (University of Rochester), Jeremy Freese (Stanford University), and me. I became a principal investigator of TESS in 2020.

7. TESS invites researchers across career stages, from graduate students to postdoctoral researchers to faculty, to submit proposals for survey experiments. For regular proposals, TESS uses a double-blind review process. TESS assigns every proposal an Associate PI from a multidisciplinary team with a wide breath of methodological and subject matter expertise. The Associate PI helps choose reviewers for the first round of review. Then, at least one co-PI reads every proposal and decides which proposals to field based on the previous reviews and their own. Proposals are evaluated based on their potential for a scientific advancement and their relevance beyond singular disciplines.

8. TESS fields the selected experiments free of charge to the proposals' authors through NORC, a survey organization affiliated with the University of Chicago. Specifically, the experiments use NORC's AmeriSpeak Panel, a probability-based panel designed to represent the U.S. adult population. Each research team receives its data, and TESS then makes the data and the original proposal publicly available after a year embargo.

9. By pooling many studies on a shared survey platform, TESS fields each experiment for much less than what it would cost an individual researcher to buy time on a comparable survey panel. The TESS program has negotiated about a 25% discount on study costs with more demographic measures delivered to TESS-fielded studies than would typically be available to individual researchers. If researchers conducted equivalent probability sample studies individually, costs could easily reach $30,000 per study, depending on the design. This cost is prohibitive for many social science scholars, particularly early career scholars such as graduate students or postdoctoral researchers who do not typically have large amounts (if any) of dedicated research funding.

10. Access to this resource matters immensely to researchers because most social psychology experiments rely on college students or online opt-in samples, whose responses or preferences may not reflect those of the broader population. TESS allows researchers at any career stage, and at institutions of any size, to test whether their findings hold in the general U.S. population. Without TESS, that kind of sampling is out of reach for many researchers, especially graduate students, early-career faculty, and faculty at institutions with fewer resources.

11. Roughly 145 proposals were submitted to TESS per year across the most recent grant period (2020-2024).

12. Since 2001, TESS has fielded hundreds of experiments, and its data have supported hundreds of publications.

13. SESP members have repeatedly relied on TESS. My own research with Jennifer Richeson on how Americans respond to the nation's changing racial demographics used TESS.[1] From just my own research program, five articles that I have published include data from studies fielded by TESS. These publications have been cited nearly 2,000 times. Other SESP members have used TESS in areas ranging from social acceptance to interpersonal relationships to education. Examples include how group membership and concerns about discrimination shape how people perceive diversity,[2] how self-esteem shapes the way people perceive their partners' behavior,[3] and what influences students' beliefs that they can grow or improve.[4]

14. TESS data also remains valuable after the original study ends. TESS projects fielded since 2009 are archived through the Roper Center for Public Opinion Research. Researchers have used archived TESS data in later work, including a 2026 study that, among other

---

[1] Maureen A. Craig & Jennifer A. Richeson, *More Diverse Yet Less Tolerant? How the Increasingly Diverse Racial Landscape Affects White Americans' Racial Attitudes*, 40 Personality & Soc. Psych. Bull. 750 (2014); Maureen A. Craig & Jennifer A. Richeson, *Hispanic Population Growth Engenders Conservative Shift Among Non-Hispanic Racial Minorities*, 9 Soc. Psych. & Personality Sci. 383 (2018).

[2] Christopher W. Bauman et al., *Diverse According to Whom? Racial Group Membership and Concerns About Discrimination Shape Diversity Judgments*, 40 Personality & Soc. Psych. Bull. 1354 (2014).

[3] Shannon M. Smith & Harry T. Reis, *Perceived Responses to Capitalization Attempts Are Influenced by Self-Esteem and Relationship Threat*, 19 Pers. Relationships 367 (2012).

[4] Cameron A. Hecht et al., *Efficiently Exploring the Causal Role of Contextual Moderators in Behavioral Science*, 120 Proc. Nat'l Acad. Scis. e2216315120 (2023).

data sources, used data from 50 TESS experiments to test whether artificial intelligence could predict experimental results.[5]

15. TESS is also specifically useful to the career development of graduate students and early career researchers. At least 70 dissertations have used data collected by TESS. TESS's Young Investigator Competitions exist to facilitate high-quality research by talented social scientists at their earliest career stages (current or recent Ph.D. students). These competitions provide early-career scholars with a special opportunity to conduct larger experiments than allowed by TESS's regular proposal mechanism.

16. TESS has held six Young Investigator Competitions since 2013, with each soliciting more than 100 proposals from early career researchers. Of these, TESS has accepted 44 studies for fielding.

17. Winning these competitions help greatly in the extremely competitive job market for tenured or tenure-track positions. From an analysis of past winners of TESS's earliest-held Young Investigator Competitions (2014, 2016, 2017, or 2019), the majority (~76%) of winners who remained in academia have since earned tenure; the remainder are on the tenure-track in Assistant Professor positions. I myself was a winner of this competition.

18. TESS has continuously operated with NSF support through SBE since 2001. Its most recent award from NSF ran from 2020 to 2024.

---

[5] Ashwini Ashokkumar et al., *Large Language Models Can Predict the Results of Social Science Experiments*, 656 Nature 115 (2026).

**TESS Has Suspended Operations**

19. The most recent NSF grant to support TESS awarded nearly 3 million dollars to administer the program over the past several years. Projected costs for the next several years are between 3 to 3.5 million dollars to continue the program.

20. The TESS team submitted a grant proposal in January 2025 to support the program for the next three years. The TESS team received an email in July 2025 from NSF program officers, stating that they were unable to make the award during that fiscal year. The program officers stated that a reduction in Division of Social and Economic Sciences budget impacted their ability to make the award in the current fiscal year but that they were "committed to funding this project, as it is an important component of SBE/SES infrastructure". They asked if we would like to hold the proposal and make the award in fiscal year 2026.

21. TESS stopped accepting new proposals in May 2025 due to the unknown status of the January NSF proposal. TESS fully suspended operations in April 2026 because it has no NSF funding (TESS's January 2025 grant proposal is still listed as "pending" as of November 2026) and, with SBE closing, has no NSF program to which it can apply for new funding. TESS's website now states that TESS "has suspended operations and is not accepting new proposals."

22. TESS's five-person core team has received no compensation for its work on TESS since the prior grant's funding ended. Two members of the team have continued, without pay, to maintain TESS's website and respond to inquiries.

23. TESS has also stopped the twice-yearly coordination meetings it held with NORC. Those meetings allowed the two teams to coordinate projects, address changes in NORC's survey services, and keep TESS's operations timely and efficient.

**Effects of TESS's Suspension**

24. An immediate threat concerns TESS's proposal-submission system. TESS receives and manages proposals through ScholarOne Manuscripts, a submission system that is scheduled to take the TESS submission website offline in December 2026. Before then, the team must download its records to protect them from loss. We do not yet know whether the provider will retain the files and decision templates needed to restart the system, or whether TESS would have to rebuild from scratch.

25. The knowledge needed to run TESS is concentrated in small teams at TESS and NORC. The longer the interruption lasts, the harder it becomes to reverse, as the people who hold that knowledge will become unavailable or move on to other work.

26. Restarting TESS would require reestablishing coordination with NORC, restoring the proposal-submission system, and confirming that the core team and the researchers who help review proposals remain available. Later funding would not by itself restore this operational capacity, and it would not recover the research opportunities lost while TESS is rebuilt. Experiments that TESS would have fielded during the suspension cannot simply be run later. Many social science questions concern how Americans think and respond at a particular moment, such as during an election, a public crisis, or the spread of a new technology, and an experiment fielded a year later measures a different public under different conditions. Time-sensitive or context-sensitive studies are regularly proposed and fielded by TESS. For example, prior TESS studies have investigated reports of voter intimidation in the context of the 2020 elections,[6] and assessed how information about racial disparities in COVID-19 health outcomes influenced views of and

[6] Sarah Birch et al., Ballot Privacy, *Voter Coercion and the 2020 US General Election*, Time-sharing Experiments for the Social Sciences., https://tessexperiments.org/study/komisarchik1422 (last visited Nov. 14, 2026).

support for social distancing.[7] Due to the disruption in funding, no TESS studies relating to the 2026 election were proposed, let alone fielded.

27. The suspension also interrupts my own work. Administering TESS has been a significant part of my professional work since 2020. Further, because I am on a 9-month academic appointment, my summer pay is typically funded through grants and external projects such as working as a co-PI on TESS. So, the disruption in funding for TESS has also meant that my summer salary for 2026 was lower. If TESS were awarded for the next two years, I would also receive an addition to my salary.

28. The suspension removes a resource that social scientists have repeatedly relied on to conduct nationally representative experiments. For early-career researchers in particular, TESS has offered a rare chance to collect population-based data at the stage of their careers when such data can most shape their research programs and their prospects for academic positions. I know from personal experience how impactful this is. My career has been greatly supported by the TESS program, even before I was involved with administering it. TESS allowed my early research to be tested in large nationally representative samples, which then facilitated publishing in top-tier academic journals that prioritize data quality. The research I conducted with TESS support is among my most-cited research.

29. If it does not receive funding, TESS will no longer have funding to be able to host its website. While the Roper Center archives studies since 2009, the TESS website stores information about studies older than that. TESS losing its website will result in the loss of that study data.

---

[7] Lafleur Stephens-Dougan, Backlash Effect? White Americans' Response to the Coronavirus Pandemic, Time-sharing Experiments for the Social Sciences., https://tessexperiments.org/study/stephens-dougan1282 (last visited Nov. 14, 2026).

30. I am not aware of any other source that provides what TESS provides: free, peer-reviewed access to experiments on a nationally representative sample, open to researchers across the social sciences and at every career stage. Because TESS focuses on supporting basic social scientific research at scale, to my knowledge there are no viable alternative funding mechanisms for a project like this. I am unaware of any other funding source that could realistically fund TESS at its current scale.

31. The loss of SBE funding interrupts my work administering TESS, disrupts research plans of social scientists, and threatens the continuity of a resource that academics (including SESP members) have repeatedly relied on. On top of the ongoing harms, the longer TESS's suspension lasts, the harder it will be to rebuild it at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of November, 2026, in Durham, North Carolina.

Maureen A. Craig