# Exhibit 13

**DECLARATION OF DR. JEAN M. TWENGE**

1. I am a Professor of Psychology at San Diego State University. I am over 18 years old. I make this declaration in my personal capacity, based on my personal knowledge and my professional experience.

2. I received a B.A. in sociology and psychology and an M.A. in social sciences from the University of Chicago in 1993, and a Ph.D. in personality psychology from the University of Michigan in 1998. I then completed a postdoctoral fellowship in social psychology at Case Western Reserve University.

3. I am an elected Fellow of the Association for Psychological Science (APS), and APS is a member society of the Federation of Associations in Behavioral and Brain Sciences (FABBS). According to APS, "Fellow status is awarded to APS members who have made outstanding contributions to the science of psychology in the areas of research, teaching, service, and/or application."

4. I study generational differences and cultural change in the United States, including changes in values, well-being, behavior, trust, and political attitudes. I have authored more than 200 scientific publications and several books, including *Generation Me* (2006), *iGen* (2017), and *Generations* (2023).

5. I have been fortunate to receive recognition for my work. My work has been cited more than 100,000 times on Google Scholar. In 2026, *TIME* named me to its list of the 100 most influential people in health. I was invited to testify about my research before the U.S. Senate Committee on Commerce, Science, and Transportation in January 2026. My testimony pertained to the impact of smartphones, social media, and school laptops on youth mental health and academic performance.

6. My research depends on large, nationally representative surveys that have asked the same questions of Americans over many decades. Those surveys allow me to study cultural change and generational differences in a way that is not possible with one-time surveys. My most recent book, *Generations*, draws on 24 such datasets covering about 39 million people. Two of the most important are the American National Election Studies (ANES) and the General Social Survey (GSS).

**Reliance on the American National Election Studies (ANES)**

7. The ANES has surveyed American voters around presidential elections since 1948. It is the only source that measures Americans' political identities and attitudes consistently over that entire period, which makes it indispensable for studying how generations differ politically.

8. In *Generations*, I relied on ANES data from 1948 to 2020, covering about 70,000 respondents, to trace how political party identification and political attitudes have changed across generations. Dartmouth economist David Blanchflower and I also used ANES data to identify generational trends in life satisfaction over time in a paper in press at the journal *Youth*.

9. Other researchers have relied on ANES data to demonstrate generational trends. One prominent study combined ANES data with other polling data to show that the party and popularity of the president during one's youth and young adulthood influence political affiliation and voting throughout the lifespan.[1] I relied on this paper in *Generations* as well as in a *New York Times* guest essay about the 2026 midterm elections due to be published on November 18.

10. The value of the ANES for this kind of research depends on its continuity. To tell whether political views reflect chronological age, the times, or something lasting about a

[1] Yair Ghitza, Andrew Gelman & Jonathan Auerbach, *The Great Society, Reagan's Revolution, and Generations of Presidential Voting*, 67 Am. J. Pol. Sci. 520 (2023).

generation, researchers must compare the same questions, asked the same way, at every presidential election. An election that goes unmeasured cannot be measured later. Voters' contemporary attitudes during that election are permanently lost.

11. The 2028 election will be especially important to study. The 2020 and 2024 presidential elections were strongly impacted by the COVID-19 pandemic and its aftermath. 2028 will be the first presidential election of the decade without this immediate influence, giving the first view of the generations' political behavior apart from the pandemic. 2028 will also be the first presidential election in which all of Generation Z (born 1995-2009) will be eligible to vote, giving the first complete picture of this generation's attitudes and voting behavior. In addition, 2028 will be the first election in which Generation Alpha (those born 2010 and later) can vote. Without a 2028 ANES, there would be no consistent, nationally representative measure of these voters in that election, and that gap would remain in every future analysis.

12. I was planning to use the 2028 ANES data to examine political views, voting behavior, and life satisfaction in a book about Generation Alpha. Without that data, we will not be able to understand how Gen Alpha and younger Gen Zers compare to previous generations in the ANES going back to 1948.

**Reliance on the General Social Survey (GSS)**

13. The GSS has tracked Americans' attitudes, behaviors, and experiences since 1972. I have relied on it for many of my most widely cited findings. For example, I used GSS data from 1972 to 2012 to show that Americans' trust in other people and their confidence in institutions had reached all-time or near-all-time lows. I also used GSS data to show that more Americans now identify as political independents, while those who do identify with a party or ideology hold more polarized views.

14. The GSS has also let me test earlier research about money and happiness. Using GSS data from 1972 to 2016, I found that the link between income and happiness has grown stronger over time, and that happiness continues to rise with income rather than leveling off once people reach a moderate income. That finding runs contrary to an influential academic study concluding that, beyond a certain level of income, more money does little for people's well-being. The same pattern held for education and occupational status. These findings bear on public debates about inequality and economic policy.

15. The GSS happiness question is, to my knowledge, the only consistent measure of Americans' psychological well-being that reaches back to the early 1970s. By contrast, it is difficult to study long-term trends in conditions such as depression or general mental health among U.S. adults because consistent measures do not go back nearly as far (usually to the 1990s or 2000s).

16. The GSS also revealed trends in behavior. Using GSS data on more than 26,000 adults from 1989 to 2014, my colleagues and I found that American adults were having sex about nine fewer times a year in the early 2010s than in the late 1990s, a decline that later became known as the "sex recession."

17. Researchers have also used GSS data to study how marriage and having children are associated with happiness. I cite this research using GSS data in an undergraduate textbook for social psychology (co-authored with David G. Myers) used in universities around the country.

18. GSS data will be essential for several future projects of mine. For example, I would like to explore how trust in institutions changed during the 2020s, given the COVID-19 pandemic and its aftermath. The continuation of the GSS is also essential for understanding how happiness changed among American adults over the course of the 2020s. The 2028 GSS will also provide

the first view of Gen Alpha's political views, attitudes, and sexual behavior. In addition, I was planning to conduct a study on the correlates of happiness using the GSS, which will be difficult to conduct without 2028 data.

**Impact of Losing These Surveys**

19. I have seen public reports that without new NSF funding, the ANES must begin shutting down in early 2027, leaving no ANES study of the 2028 election. Moreover, one of the heads of the GSS has reported that the future NSF funding for the GSS has not yet been determined, and there is currently no available NSF opportunity for the next cycle.[2]

20. In my professional judgment, a break in either series would permanently damage the research that depends on it. A missing ANES study would leave the 2028 election unmeasured, and a gap in the GSS would interrupt measures of trust, confidence in institutions, political affiliation, and happiness that have been collected consistently for more than fifty years. Funding restored later could not recover the missing data, and every future study of long-term trends would have to work around the gap.

21. Losing these surveys would directly harm my own research. Without the ANES and/or GSS, it will be difficult to publish articles and books about Gen Alpha just as they become young adults and managers, faculty members, and public servants want to know what makes them different. Our understanding of other generations will also be permanently hampered, making it difficult to publish articles and books exploring cultural trends during the 2020s. My ability to publish research would be severely affected, which will also harm the opportunities of my students at San Diego State University and the students of my collaborators at other institutions.

---

[2] Dan Garisto, *US Social Sciences Face Existential Crisis After NSF Cuts*, Nature (Nov. 3, 2026), https://www.nature.com/articles/d41586-026-03540-y.

22. No other source could replace the ANES or GSS for this research. As described earlier, no other surveys have asked nationally representative samples of American adults the same questions, in the same way, over so many decades, and no later data collection can recover observations that were never made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of November, 2026, in San Diego, California.

Jean M. Twenge, Ph.D.