# Exhibit 14

**DECLARATION OF [redacted] (JANE DOE)**

1. I am a professor of psychology at a major research university. I am over 18 years old. I make this declaration in my personal capacity and based on my personal knowledge.

2. I have been a professor of psychology for more than two decades. I have published extensively in peer-reviewed journals, including leading journals in my field, and my research has been funded by multiple federal agencies and private foundations. My work has been covered in national media. I am a member of several member associations of the Federation of Associations in Behavioral and Brain Sciences ("FABBS").

3. My lab studies how ordinary people interpret and act on science news and information. Headlines like "Statins have serious side effects," "Listening to Mozart makes you smarter," and "Head Start doesn't work" all led to real behavior change: reduced statin use even among high-risk patients, hospitals playing Mozart CDs for infants, and calls to defund Head Start. Yet in each case, the underlying finding didn't support the broad conclusion people drew from it. In my lab, we want to understand why people struggle to evaluate evidence. How well can people judge whether specific conclusions are supported by the data? What errors do people make when they look at data visualizations or read news articles about studies? Can we teach children and adults to better understand evidence and what conclusions and decisions it warrants?

4. To fund my work, I regularly apply for, and have received, grants from the National Science Foundation's Directorate for Social, Behavioral and Economic Sciences ("SBE"), including multiple grants in recent years.

5. When people read a headline such as "Mozart makes you smarter," they rarely see the research behind it, so they fill in the gaps with assumptions. The original 1993 study found that college students who listened to about ten minutes of Mozart did slightly better on a spatial

reasoning task, an effect that lasted about fifteen minutes. Yet readers of the headline often assumed the finding applied to everyone, including babies, that the effect was large and lasting, and that "smarter" meant a general boost in intelligence. In 2024, I developed a research proposal that would have studied these kinds of assumptions: what people infer when key details are left out, and how those inferences shape everyday decisions, such as whether to buy a Mozart CD for a new baby. Knowing which omissions mislead people most would show scientists and science journalists which details must accompany a finding, such as who was studied and how large the effect was, for it to be understood correctly. It would also guide how we teach people of all ages to read scientific claims, and help policymakers in education, health, and other fields recognize when evidence may not mean what it seems to.

6. In August 2024, I submitted a grant proposal to the SBE Directorate to fund this research. The application was for conducting experiments, as described above, about the assumptions people make when making evidence-based decisions.

7. Preparing the proposal took several months of work, most of which was completed in the spring and summer 2024. My collaborator and I reviewed the relevant research literature, designed a series of experiments, and collected pilot data to show that the studies were feasible and to refine their methods. We then wrote the proposal itself, which included a 15-page (single-spaced) project description explaining the scientific rationale, the planned experiments, and their broader impacts, along with a one-page project summary and a list of references. NSF also required a detailed budget and budget justification; a data management and sharing plan; a mentoring plan for the mentees the grant would support; biographical sketches and statements of current and pending support prepared in NSF's required format; a statement of synergistic activities; a list of

collaborators and affiliations; and a description of available facilities and resources. Before submission, the proposal also went through my university's internal review and approval process.

8. The proposal received a strong peer review. One reviewer wrote that the proposal had "an overwhelming number of strengths," and another called it "an excellent topic of study that is worth funding," adding that "if these studies can deliver on their intellectual contributions the broader impacts will be enormous."

9. In February 2025, I received an email from an SBE program officer stating that two NSF programs had reviewed the proposal and planned to recommend it for funding. The program officer wrote that the programs' recommendations had always been followed.

10. In July 2025, I received an email from the same program officer stating that my proposal was on hold due to delays in funding. I was given the option of having the proposal declined or held in case funding became available later, and I chose to have it held.

11. Over the following months, I emailed several times requesting updates and received no answer.

12. On March 26, 2026, I spoke with the program officer by phone. He told me the grant was unlikely ever to be funded because the full SBE budget had not been released by the Office of Management and Budget. He said that SBE had funded almost nothing new, and that the SBE director was being cautious about funding anything outside the administration's five priority areas.

13. On April 3, 2026, NSF published a budget request stating that the agency would "close out" the SBE Directorate.

14. On May 1, 2026, NSF officially declined my proposal.

15. As a result, I have not been able to obtain funding for the research and have been unable to undertake the project.

16. There is no other realistic avenue to obtain NSF funding for this project. SBE is the only directorate that is appropriate for research in the cognitive and decision sciences.

17. The lack of funding has slowed my research and reduced my income. Like most university faculty, I am paid for nine months of the year, but I continue my research through the summer. The grant would have paid about one month of summer salary, roughly 8% of my annual income. Without it, I continue that summer research without that compensation.

18. The grant would also have supported graduate students training to become researchers in the cognitive and decision sciences, and given undergraduates the chance to take part in meaningful research. Students working on projects like this learn to design surveys and experiments, program online studies, analyze data statistically, and interpret and communicate findings. Many undergraduates from my lab have used this experience as a stepping stone to medical, law, and graduate school and to careers in data science, health, and policy.

19. If the SBE Directorate continued to exist, I would almost certainly apply for grants from it in future years, as I have in the past, for additional projects on reasoning and decision making, particularly in health contexts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November, 2026, in the United States.

[redacted]

[redacted] (Jane Doe)