# Exhibit 15

**DECLARATION OF DR. GREGG SPARKMAN**

1. I am a social psychologist and Assistant Professor at Boston College. I am over 18 years old. I make this declaration in my personal capacity and based on my personal knowledge.

2. I received my PhD in psychology from Stanford University, postdoctoral training in psychology at Princeton University, and my BA in psychology and anthropology from University of California, Berkeley.

3. My research examines how people are influenced by the actions and attitudes of others, and what factors make people more or less open to personal changes in their lives or broader changes in society. I study these questions in various contexts, including efforts to encourage healthy diets, efforts to conserve natural resources, and preferences for laws and policies.

4. I have received several research grants from the SBE Directorate. In 2024, along with other scientists, I received an approximately $595,000 grant to investigate behavioral responses to social norms affecting public health, sustainability, energy security, and social inequality. The project aims to understand the features of social trends, or so-called "dynamic norms," that make people more or less likely to adopt them and join social movements, improving the understanding of when society is more likely to change in response to societal challenges.[1] In another example, I collaborated on a roughly $520,000 grant awarded in 2021 to investigate what leads people to encourage friends or other people they know to change their behavior for health or environmental causes. This project examined how beliefs about one's persuasive abilities, beliefs

[1] Award Abstract # 2416702, Understanding When Dynamic Norms Flourish or Fail, https://www.nsf.gov/awardsearch/show-award?AWD_ID=2416702.

about others' values, dedication to a cause, and other factors might impact whether they encourage others to join that cause.

5. In another line of ongoing research, I examine how action taken by one's government to solve a major problem like climate change can inspire the public to also join in and help solve that problem. In turn, the research investigates how actions taken by the public can inspire policymakers to act as part of a feedback loop that can help solve major national challenges like reducing greenhouse gas emissions. Importantly, in doing so, the project examines how to make the public and policymakers more willing to act even if they don't see the other party doing their part. This project has the potential to make national motivation to address climate change more resilient even if the public or government were to fall short of key climate goals.

6. In January 2025, a colleague and I applied for a grant for this project through the NSF's SBE Directorate—specifically, the Decision, Risk and Management Sciences ("DRMS") program. The DRMS solicitation called for social science research to expand our understanding of decision-making, including societal and public-policy decision-making.

7. We put significant time and resources into the application. It involved a 15-page project narrative detailing the work and timeline we would conduct it under, a description of past projects we completed, a line-item budget and budget justification for each cost, a biographical sketch of the key personnel detailing their relevant skills and professional activities, a postdoc mentoring plan detailing the educational experiences and professional development personnel on the grant would receive if funded, a letter of support from organizations that confirmed they would collaborate with us should the grant be funded, a data management plan on how we would store and secure data as well as make the findings publicly available, a facilities description highlighting why our base of operations was well-suited to conduct this research, a list of ongoing grants we

were applying to, a list of past and current collaborators who should not serve as reviewers to avoid conflicts of interest, and forms detailing further financial and legal agreements.

8. The proposal underwent peer review by a panel of outside experts and received a rating of "competitive plus," the highest possible. Proposals that receive a "competitive plus" rating are typically funded. In their summation of the review, the panel commented that the grant proposal crafted an "Innovative approach to studying climate communication" and utilized a "Well-conceived design." They also felt the proposal would "create a high impact for society" and had "relevance to other topical areas as well," in addition to the domain of climate change.

9. A short time later, however, the DRMS program director told us in a phone call that our proposal would not be funded because it did not meet new criteria recently established by the administration, which limited grants to particular subjects. The director also told us that research applied to climate change was not likely to be funded. Given the strengths of the project and breadth of topics our research was applicable for, he suggested that we submit a new application framed to align more closely with the administration's priorities.

10. Following that feedback, we submitted a new proposal in August 2025. That proposal examined how our theorized motivational feedback between the public and policymakers could be a critical factor in matters of national defense—specifically focused on cyber security and energy independence. We selected this domain because the SBE director had shared with a colleague that national security was on a short list of funding priorities of the current administration (along with artificial intelligence quantum information science, biotechnology, nuclear energy, and translational science). This new proposal went through the peer review process and received a "Competitive" rating. The reviewing the proposal, the panel summary said that "There were

several strengths," including a "focus on issues of national relevance (e.g., cybersecurity, energy security)," and that the "research questions are strong and the proposal has an effective strategy."

11. On April 3, 2026, NSF published a budget request stating that the agency would "close-out" the SBE Directorate.

12. On May 29, 2026, NSF rejected the new proposal. The program director said that the proposals had "strong intellectual merit and broader impacts," but NSF was rejecting it because it did not align with "new administration priorities." He also suggested that it would be futile to submit future proposals because NSF anticipated closing the SBE directorate. He wrote:

> Last month SBE program directors were given new administration priorities that replaced the older ones. These new priorities defined the topical area in which SBE program officers are allowed to recommend proposals for FY2026 awards. I had thought that your proposal might fall under this topic but have come to learn that the topic is narrower than I had initially understood. Therefore, DRMS is recommending that NSF decline your proposal. As you can see from the reviews and panel summary, your proposal has strong intellectual merit and broader impacts. I know this outcome is frustrating.
>
> Regarding the future, NSF program officers are allowed to report what is public information. The President issued his budget request for FY2027 that includes eliminating the SBE Directorate. The old adage is that the President proposes and the Congress disposes. For FY2026 the President proposed cutting NSF to $3.5 billion and cutting 78% of SBE's budget from the FY2025 amount. Congress disagreed and appropriated $9 billion which is close to the FY2025 amount. What Congress will do with the President's request for FY2027 is up to Congress.
>
> At this time we are not allowed to provide information regarding what work DRMS is able to fund. We are also unable to provide reliable information regarding the appropriate home for your proposal for FY2027. Given the current re-organization at NSF we do not have a timeline to share with you regarding when that information will be available. We sincerely apologize for this extreme inconvenience. We are well aware that you need to plan your activities. As soon as we have further information, we will let you know.

13. I have not been able to obtain alternative funding for the project.

14. I cannot realistically obtain funding for the project from NSF's other directorates. The SBE is the home for social science funding, including psychology, and is the only directorate interested in transformative theoretical advancement in my field of study.

15. Not receiving this grant means I have to reduce the number of researchers in my lab, including fewer PhD students and postdocs. It also means I have less summer salary, reducing my annual compensation. Not receiving this grant also jeopardizes my career advancement, as receiving tenure is tied to bringing in extramural funding for research.

16. I am going up for tenure later this academic year. Not having the NSF grant from SBE will hurt my tenure case. If I don't get tenure, I will lose my job. Further, if the SBE Directorate remained open, I would apply for the NSF career award from SBE, something that would greatly benefit my chances of getting tenure. However, if the SBE Directorate remains closed, that is not a viable option, and it will harm my tenure case.

17. If the SBE Directorate remained open, I would have likely applied for grants from the directorate in future years, as I have in the past. In collaboration with other scientists, I have several ongoing projects that would be a good fit for SBE grants, including one on why people may be psychologically motivated to blame their political grievances on things that do not actually cause that grievance (i.e., scapegoating), and what factors make people more resilient to scapegoat narratives they may encounter. In another example, we are working on a project examining how to best communicate large national problems to the public in a way that avoids overwhelming the public and is able to motivate both personal and collective actions to solve national crises related to public health, the environment, and public safety. As yet another example, we have a project examining the finding that a large majority of Americans are concerned about disasters that may result from AI, yet falsely believe that only a minority of fellow Americans share these concerns.

This project would investigate why this misperception exists and how to correct it. In line with NSF's traditional priorities, all of these projects could make notable scientific advancements in my field while also having broader impacts with tangible benefits to society.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of November, 2026, in Waltham, Massachusetts.

Gregg Sparkman