**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

FEDERATION OF ASSOCIATIONS IN BEHAVIORAL & BRAIN SCIENCES, *et al.*,

*Plaintiffs*,

v.

NATIONAL SCIENCE FOUNDATION, *et al.*,

*Defendants*.

Case No. 1:26-cv-15015-NMG

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE NONPARTY DECLARATIONS UNDER PSEUDONYMS**

Upon consideration of Plaintiffs' Motion for Nonparty Declarants to Use Pseudonyms, the accompanying memorandum, and the full record before the Court, it is hereby ORDERED that the motion is GRANTED. Plaintiffs are granted leave to file the declarations of nonparty declarants John Doe and Jane Doe under those pseudonyms in support of Plaintiffs' motion for a stay under 5 U.S.C. § 705 and a preliminary injunction.

IT IS SO ORDERED.

Dated: ____________________

______________________________
Hon. Nathaniel M. Gorton
Senior United States District Judge